2:20-cv-00224-JLS(JDE)

FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Your Honor:

I promise to you I tried to respond as best I could. 2 Guys were killed a couple weeks ago on another yard but I could access law library. Get absolutely nothing —

I beg the clerk of the court if she could make copies & send them to appropriate locations. Law librarian claim only she can make the copies & only when I'm finished with my petition, but how could I finish when nothing available. What I had in my cell I used, & I sent a letter 2-6-20 to the court . . . I have no writing materials or postage, but I will find a way to write the court tomorrow & continue. I really want to persue this injustice done to me & I please ask the Honorable Court to have compassion & to know that I'm doing all I can with what I have —

Thank you sir
God Bless

Robert K. Mauberry BJ8870
Box 4000 Vacaville, CA. 95696
Solano, III Yard B12   1114

ROBERT K. MAYBERRY
C.D.C.R. # BJ8870
BOX 4000 VACAVILLE, CA.
            95696
Solano, Level III, B12 111L

PLAINTIFF

February 16th, 2020

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT K. MAYBERRY,
            PLAINTIFF,

        Vs.

LOS ANGELES SHERIFFS
DEPARTMENT
            Defendants

CASE NO:
2:20-CV-00224-JLS-JDE
Complaint filed;
October 21, 2019.
PLAINTIFFS
OPPOSITION MOTION
TO DEFENDANTS MOTION
TO REQUEST YOUR HONOR
TO DISMISS DEFENDANTS
COMPLAINT PURSUANT TO
RULE 12(B)(6)

MARIA BARR
DEPUTY CLERK

THE HONORABLE: JOHN D. EARLY,
UNITED STATES MAGISTRATE JUDGE

GREETINGS YOUR HONOR:
NOTICE IS HEREBY GIVEN THAT PLAINTIFF declares

to STATE: "CLAIM & RELIEF", in: ROBERT K. MAYBERRY
vs. Los Angeles Sheriffs Department: CASE NO.
2:20-cv-00224-JLS (JDE): in the United States
District Court/Central District of California:
The Honorable: John D. EARLY ~

The defendants Already being notified
by Complaints in Civil suit filed on October 21st
2019, in Los Angeles Superior Court (Stanley
Mosk Court) to the Honorable: STUART M. RICE,
CASE NO. 19STCV37547 ~

~ DECLARATION & CLAIM ~

STATEMENT OF FACT:
2 Los Angeles Sheriff deputies: Operating un-
der the protocol & instructions of the Los Ange-
less Sheriff: "ALEX VILLANUENA" & His employees &
representatives At Any Los Angeles/sub station
& or, Los Angeles County Jail... Apprehended &
Kidnapped", this said Plaintiff: ROBERT K. MAY-
BERRY, on the date of: December 20th, 2018 At
A residential "Gated Home of: LAVETTE lAvender
by Trespass & forced entry: without Arrest
warrant/Search warrant or, Probable Cause:
Senior Deputy, Entered Home: bound Me: Search

2

ME: CUFFED ME: DRAGGED ME FROM THE HOME; FROM the YARD, down the street; forced me into A waiting black & white sheriff's truck & sped off. The truck pulled into the back of A building & I was dragged into what appeared to be A back door. I asked why I was brought to JAIL? what were the CHARGES? CAN I HAVE THE Arrest report CAN I HAVE AN Attorney? How MUCH is BAIL? BA- sically, I asked the same questions I asked when the deputy made forced entry at the residence I was Kidnapped from, & the deputy GAVE the same basic Answer: "I don't need ANY of that!" & closed the cell.

## ∽ Declaration & CLAIM ∽

These 2 deputies (in concealment) orchestra- ted: with Knowledge; consciously; intelligent- ly; intentionally; with the Awareness of the nature of their conduct, & of Probable Conse- quences: Kidnapped & denied said Plaintiff of his civil liberties/personal natural rights gua ranteed & protected by Constitution. The los Angeles Sheriff: "Alex VILLANUEVA." & his employ ees & representatives At Any: los Angeles Coun- ty JAIL, were in cahoots with these said deputies

3

in a chain conspiracy to deny said Plaintiff of his liberty & freedom of: <u>Equal Rights</u> & <u>Equal Protection</u> of the laws. My rights & liberties of freedom from <u>Discrimination</u> by Sheriff or police Misconduct: Aggression, &or Criminal intent.

I: Robert K. Mayberry Jr.: A United States Citizen: born in Lynwood, California at Saint Francis Hospital on September 28th, 1965: was Victimized by Kidnapp & Denied my Constitutional Rights:

① My: <u>14th Amendment</u> right, which provides <sup>MAY NOT</sup> that the <u>State</u> deprive any person of life, liberty, or property without, <u>Due Process of law</u>

② My: <u>4th Amendment</u> right, to be free from unreasonable <u>Search & Seizure</u>

③ My: <u>6th Amendment</u> right, to <u>Counsel</u> & <u>Jury Trial</u>

④ My: <u>8th Amendment</u> right, against <u>Cruel</u> & <u>Unusual Punishment</u>

I Also Make "Declaration & Claim" that the los

4

Angeles Sheriff: "ALEX VILLANUEVA," & His employees & representatives at any Los Angeles County Jail & the 2 concealed deputies (perps) operating in a CHAIN CONSPIRACY & under the Color of Law are Guilty of:"

"... Acts done by State officials within the bounds or limits of their lawful authority, but also Acts done without & beyond the bounds of their lawful authority; provided that, in order for unlawful Acts of an official to be done "Under Color of any Law," the unlawful Acts must be done while such official is purporting or pretending to act in the performance of his official duties; that is to say, the unlawful Acts must consist in an abuse or misuse of power which is possessed by the official only because he is an official; & the unlawful Acts must be of such a nature or character, & be committed under such circumstances, that they would not have occured but for the fact that the person committing them was an official then & there exercising his official powers outside of the bounds of lawful authority. . ."

42 U.S.C.A. § 1983.

EXACTLY WHAT HAPPENED!!!

5

<u>Attention</u>: The present fabricated case that the complaintant is pressently in-carcerated for: I have no clear title of record, as I was also denied my claim for procedural rights/ It all started with my kidnapping on December 20th, 2018, at the home of my friend & part time employer: Janette Lavander; 1146 w. 89 street los Angeles, Calif. 90044~

<u>Plaintiff never recieved:</u>

<u>No</u> Arrest Warrant ~

<u>No</u> Search Warrant ~

<u>No</u> Probable Cause ~

<u>No</u> Determination sheet ~

<u>No</u> Arrest Report ~

<u>No</u> Charges ~

<u>No</u> Miranda ~

<u>No</u> Bail ~

<u>No</u> Attorney ~

<u>No</u> Adequate medical Treatment ~

<u>No</u> Medication ~

<u>No Arraignment for 6 days!</u>

6

## ~ Points & Authorities ~

An Arrest without proper legal Authority is a false arrest, & because an arrest restrains the liberty of a person it is also false imprisonment.

No Arrest or Search Warrant: A Unanimous Court decreed in Mincey v. Arizona, 437 US. 385, 390 (1978), that "[T]he 4th. Amendment proscribes all unreasonable searches & seizures, & it is a cardinal principle that searches conducted outside the judicial process, without prior approval by Judge or Magistrate, are per se unreasonable under the 4th Amendment."

"We would impermissibly diminish the protection offered by STEAGALD were we to hold that, for purposes of the Homeowners 4th Amendment rights the "Home" is the dwelling of whoever happens to be staying there. The 4th Amendment right to be secure against warrantless searches within the Home is to vital to justify entry without a Search Warrant to execute an

7

ARREST WARRANT UPON A GUESS in THE HOME."
PEREZ v. SIMMONS. 884 F. 2d 1136, 1141-1142 (9th Cir. 1988) ~

The right to be free from unreasonable search & seizure ~ "The prerequisite for such a search is that the underlying Arrest be lawful, i.e., based on Probable Cause to believe the subject has committed a crime &, in the case of an Arrest in a private dwelling, that, "there be a valid Arrest Warrant" ~

"The 2 Deputies / The Kidnappers"

No one will release their names! I have a right to confront my accusers! ~

  Ⓐ who dispatched them to the location of, 1146 W. 89th str. Los Angeles, CA 90044

  Ⓑ why were they dispatched? Or were they dispatched? ~

  Ⓒ On what pretense / what was the Probable Cause? ~

"Deputies are fragments of Chain Conspiracy"

8

THE SHERIFF: "ALEX VILLANUEVA", of LOS ANGELES County
& HIS Employees & REPRESENTATIVES AT ANY LOS ANGELES
JAIL: HAS UTILIZED THESE PARTICULAR 2 DEPUTIES TO
DENY ME MY, DUE PROCESS OF LAW: CLAUSES IN THE
U.S. Constitution, one in the 5th Amendment
PERTAINING TO THE FEDERAL Government the other
in the 14th Amendment which protects persons
FROM STATE ACTIONS:

## Declaration & Claim

My 5th. & 14th Amendments rights to Due Pro-
cess of Law, were infringed & denied by the
Sheriff of Los Angeles County: "Alex Villanueva" &
HIS Employees & REPRESENTATIVES AT ANY LOS Ange-
les County Jail, in which a person is (█████) Gua-
RANTEED FAIR PROCEDURES & SUBSTANTIVE which
protects from unfair Governmental interfer-
ence.

Due Process of Law, means such an exer-
cise of the powers of the Government as the
settled maxims of law permit & sanction, &
under such safeguards for the protection of
individual rights as those maxims prescribe
for the class of cases to which the one in que-
stion belongs. "A course of legal proceedings"

9

ACCORDING to those rules & principles which HAVE
been established in our systems of jurisprudence for the enforcement & protection of private rights. (Without Arrest Warrant/Search
Warrant/Probable Cause/Arrest Report/Charges
Bail/Miranda/. . . "Stashed Away for 6 days
without being seen or Heard of...

This is conduct
you Hear & are warned About visiting A-
broad — Pakistan "Beirut" "Somolia". Not
West Los Angeles!! or Maybe I missed that
broadcast...

The Plaintiffs <u>Procedural</u> & <u>Due Process Rights</u>
were out the window way before the Actual
Act of <u>Kidnap</u>, or the dispatcher giving them
the "Go Ahead", without Warrant(s) or Probable Cause, my rights were never even considered or given a seconds thought when a conspiracy was forming somewhere in the dwellings
of Los Angeles County Sheriff. "Alex Villanueva"
Jurisdictions, which His representatives knew
or should of known About.

Therefore, to give any legal proceedings Any
validity, there must be A tribunal competent

10

by its constitution — that is, by the law of its creation — to pass upon the subject-matter of the suit: And, if that involves merely a determination of the personal liability of the Defendant, He must be brought within its jurisdiction by service of process within the state, or His voluntary appearance. <u>Pennoyer v. Neff</u>, 95 U.S. 733, 24 L.Ed. 565. Due Process of law implies the right of the person affected thereby to be present before the tribunal which pronounces judgment upon the question of life, liberty, or property, in its most comprehensive sense; to be heard, by testimony or otherwise, & to have the right of controverting, by proof, every material fact which bears on the question of rights in the matter involved." If any question of fact or liability be conclusively presumed against Him, this is not <u>Due Process of law</u>/

I Declare: Plaintiffs <u>4th. Amendments</u> rights disregarded by the 2 concealed deputies working in Aliance with the sheriff of los Angeles County: "Alex Villanueva," & His employees & representatives At any los Angeles County jail: "Probable Cause" for Arrests/Search warrants Has never been

11

established, therefore, SEARCH WARRANT for the Residence At: 1146 west 89 str. L.A. Calif. 90044 & Arrest warrant for: Robert K. Mayberry, was never obtained which resulted in the kidnapp & forced Apprehension of my said person.

Procedure for obtaining warrant can be issued only by A Magistrate: Pen C 88 813, 817, 1427. Also, Pen C 808.~

Probable Cause, the deputy must "Allege underlying facts upon which the Magistrate can independantly find Probable Cause to Arrest the Accused". People v. Sesslin (1968) 68 C2d 418, 421, relying on Giordenello v. U.S. (1958) 357 US 480, 485, 78 S Ct 1245. See Also: People v. Thompson (1970) 6 CA3d 945, 950 (complaint couched solely in language of statute defining offense will not support Arrest Warrant). The Magistrate must independently judge the persuasiveness of these facts & not merely accept a conclusion that the person whose Arrest is sought has committed an offense. Giordenello v. U.S. (1958) 357 US 480, 486, 78 S Ct 1245.~

An Arrest Warrant must be signed by Magistrate

12

"Plaintiff Declares Due Process Rights Violations"

6 days: caged in excruciating pain in
wonderment of How much longer
will I make it out alive. ...~

Arrest warrants "command the arresting depu-
ty" to bring the name defendant before the is-
suing magistrate or, the most accessible ma-
gistrate in the county where the warrant was
issued. Pen C §§ 814, 427. Under Cal Const Art I,
§ 14, All defendants charged with a felony are
specifically guaranteed the rights to "be taken
without unnecessary delay before a magistrate
Under Pen C § 825, a defendant must be taken
to magistrate within 48 Hours After His or
Her arrest. This section does not Authorize
even a 48-Hour detention in all cases. A delay
of less than 48 Hours may be unreasonable.
People v. Powell (1967) 67 C2d 32, 59. In Young-
blood v. Gates (1988) 200 CA3d 1302, 1316, the
Court interpreted the language of Pen C §
825 to mean that an appearance the same
day may be required in many instances.~
                Probable cause determination
must be made within 48 Hours After arrest

13

including Sundays & Holidays. County of
Riverside v. McLaughlin (1991) 500 US 44,56 111
S Ct 1661.

"The point of the Fourth Amendment
which often is not grasped by zealous
officers, is not that it denies law enforce-
ment the support of the usual inferences
which reasonable men draw from evidence.
Its protection consists in requiring that
those inferences be drawn by a neutral
& detached magistrate instead of being
judged by the officer engaged in the often
competitive enterprise of ferreting out
crime. Johnson v. United States, 333 US.
10, 13-14 (1948).

There must be present to
the magistrate an adequate showing of
Probable Cause (either to search or arrest)
supported by oath or affirmation.

The warrant
must Describe with Particularity the
place to be searched and the items or
Persons to be seized.

"Capable of determin-
ing whether Probable Cause exists for the
request (arrest or search) SHADWICK v. City

14

of TAMPA, 407 U.S. 345, 350 (1972). The one context in which the Court has imposed a warrant requirement is where the arrest occurs in a home rather than a public place. Where the police seek to arrest a suspect in the residence of a third party, however, they must (absent exigent circumstances) obtain a search warrant to enter & search that home for the suspect. Such warrant is issued on a showing of Probable Cause to believe the suspect is on the premises & is deemed necessary to protect the third party's privacy interest in her home. STEAGALD v. UNITED STATES, 451 U.S. 204 (1981) ~

   I Declare MIRANDA RIGHTS VIOLATION: Miranda required the warnings & other protective measures whenever there is "questioning initiated by law enforcement officers after a person has been taken into custody or otherwise "deprived of his freedom of action in any significant way." 384 U.S. at 443 (EMPHASIS ADDED)

I request counsel on the day & night: 12-21-18
I request counsel on the day & night: 12-22-18
I request counsel on the day & night: 12-23-18
I request counsel on the day & night: 12-24-18

I request counsel on the day & night: 12-25-18
I request counsel the day of: 12-26-18
I request counsel All night & morning: 12-20-18
<u>McNabb v. United States, 318 U.S. 332 (1943)</u>.
<u>Mallory v. United States, 354 U.S. 449 (1957)</u>.
          Plaintiff Declares Sixth Amendment
Right to counsel was infringed upon. <u>Gideon</u>
<u>v. Wainwright, 372 U.S. 335 (1963)</u> ~

✱ Plaintiff needed counsel to clarify, represent,
to explain the totallity of the circumstances,
or the lack of. I needed counsel to retrieve
my property because I had very precious
items in my possession that belonged to my
grandparents & are irreplaceable. Now, I'm
being told that I need a property receipt. This
is one of the reasons I requested counsel
to protect me from unlawful acts by the los
Angeles Sheriff: <u>Alex Villanueva</u>, & his employ
ees & representatives at any Los Angeles
County Jail. ~

          The los Angeles Sheriff, "<u>Alex</u>
<u>Villanueva</u>" & his employees & representatives
at any Los Angeles County Jail, in the on going
chain conspiracy, does not give me a proper-
ty "Pink Receipt", then asks for one to get & re-

16

retrieve my own property. (My grandparents left me & my sister/now deceased. Family jewels. crystal" gems + photos & insignia from World War I & II etc. I kept everything in 2 purse pouches that you wore on your waist.

This is exactly why I continue to request for the <u>Arrest Report</u> the location of these items must be documented in the page(s) somewhere. & if protocol would have been observed & applied by their necessary measures the processing & procedure to document these propertie(s) on "<u>Arrest & Search Warrants</u>" may have taken place. But because the "Sheriff of Los Angeles County, <u>Alex Villanueva</u>" & his employees & representatives at any Los Angeles County Jail, did not persue Procedural Due Process & obtain a "<u>Search & Arrest Warrants</u>" Plaintiffs property would be accounted for.

— Plaintiff Claims Missing Property —

— the <u>Fourteenth Amendment</u> provides that the states may not deprive any person of life, liberty, or property without "due process of law."—

The Sheriff of Los Angeles County, "<u>Alex Villanueva</u>" & his employees & representatives at Los Angeles County Jails, has

17

violated my 14th Amendment rights by depriving
me of my liberty, as well as Property.

Also the fact
that a search has occurred means that the 4th.
Amendment Applies ~ "... by means of physical
force or show of Authority, has in some way
restrained the liberty" of the subject. Terry
v. Ohio. 392 U.S. 1, 20 n. 16 (1968) ~

Even with the warrant; see Groh v. Ramirez 540
U.S. 551 (2004). In this civil Action for damages,
the Court explained that the particularity re-
quirement serves not only the purpose of pre-
venting general searches but also to assure
that the subject is notified of its specific limits
Executing a warrant that left "blank the por-
tion calling for a discription of the items sei-
zed was," in the Court's view, "tantamount to
searching without any warrant at all." The
4th Amendment particularity requirements
read together with the good faith exception
mandates that the item seized be specifically
& "Accurately described" in the warrant. A failure
to particularize in the warrant itself, will
invalidate the search & thats — with a warrant.

Plaintiff must be compensated ~

18

"EXIBIT #1": GRIEVANCE file to internal AFFAIRS on April 22nd, 2019, referred to A Set. C. Martinez/ never responded ~

"EXIBIT #2": Letter from: United States Department of Justice. June 19th, 2019. "Citizen Complaints" About unlawful conduct of the 2 concealed deputies

"EXIBIT #3": Letter from: ACLU So CAl. March, 2019 they wrote the (LASD) seeking Medical Attention & to A medical professional — To no Avail ~

"EXIBIT #4": A Order from the Superior Courts of the STATE of CAliforniA/ for the County of los Angeles Central District To A: Alex VillAnueva, Sheriff of los Angeles County. The Court Makes the following order: "It is ORDERED that the defendant be seen & treated by A medical doctor forthwith, particularly in regard to His Apparent HerniA & Kidney issues/ Judge of The Superior Ct. Honorable: Katherine Mader. C.C.B dept. 117 — it never HAPPened!.

19

"EXIBIT # 5:" A Declaration by An Attorney of my medical condition & for order of medical treatment for Plaintiff suffering from sever pain, both from Hernia, & Kidney problems — It never Happened! ~

"EXIBIT # 6:" May 22nd, 2019, EX PARTE APPLICATION for order Requiring Medical Treatment for Defendant who has been experiencing severe & excruciating pain — It never Happened!

## Memorandum of Points & Authorities
## In Support of the Application

An incarcerated defendant in a criminal case is entitled to prompt & adequate medical care if his or her medical need is sufficiently serious, meaning that failure to treat it will result in "Significant injury or the unnecessary & wanton infliction of pain." Jett v. Penner (9th Cir. 2006) 439 F.3d 1091, 1096. Conversely, medically necessary services are those that are reasonable to protect life, prevent signi-

20

ficant's illness or disability, or alleviate severe pain. 15 California Code of Regulations (CCR) § 3350(b)—

Here, neither defendant nor his counsel are aware of the precise severity or nature of defendant's medical problems, but his extreme level of pain clearly indicates "significant injury" requiring prompt medical attention." Denial of such a request" under these circumstances may; rise to the level of a violation of the Eighth Amendment of the U.S. Constitution (e.g., if jail officials act with deliberate indifference to serious medical, dental, or mental health needs). Estelle v. Gamble (1976) 429 U.S. 97, 103-104: Hoptowit v. Ray (9th Cir. 1982) 682 F. 2d 1237, 1252-1253 (unconstitutional health care at Washington State Penitentiary)—

Plaintiff suffered unmeasured pain & agony & suffering at the hands & jurisdiction of the Sheriff of Los Angeles county: Alex Villanueva & his employees & representatives at any Los Angeles County jail; to the level of cruel & unusual punishment, violation of 8th. Amendment of the United States Constitution —

21

THe PLAINtiff HAS demoNStRATED "HiS CLAiM"
WAS Not EVEN coNSiDERED. (A SupERioR CouRt
JuDgE: UNiteD STATES DepaRtMENt of JuStiCE:
THe A.C.L.U.: SHERiffS GRiEVANCE SyStEM:
I.A.S.D. INteRNAL AffAiRS DiViSioN: I.A.S.D. INteR
NAL CRiMiNAL INVEStigAtioNS BuREAU: & otHERS)
                    PLAINtiff EXHAuSteD ALL tHESE
ReMEDiES & MoRE. THe EXiBitS pRESENteD HAVE
deMoNStRATED GENuiNE coNCERNED. & diRECteD
tHEiR pERSoNAL REquEStS StRAIGHt to tHE SHE-
Riff of LoS ANgELES CouNty: Alex VillANUEVA.
WHoS illuStRATED Not oNLy A WRECKLESS diS-
REgARD foR pRocEDuRE; & tHE coMpoNENtS of
LAw. but tHiS PLAINtiff SuffERED dRAStiCALLy
witHout AppRopRiAtE MEDiCAL AttENtioN/tREAt-
MENt foR 31 WEEKS At tHE LoS ANgELES N.C.C.f
SupERMAX fACiLity.
                    OVER tHE couRSE of tHiS
tiME, l wALKED foRCEfuLLy foR MiLES iN tHE
SupERMAX fACiLity (witHout AiD). l wAS foRCED
to wALK MiLES oVER tHE couRSE of 31 WEEKS to
CouRt LiNES: tuNNELS: StAiRS: HALLwAyS (MoSt
tiMES witH otHER iNMAtES HELp). DENiED A
CAiN: CRutCHES: wHEEl CHAiR; & ESpECiALLy
pAiN MEDiCAtioN, So l HAD to SuffER tHRougH-
out tHE dAyS HELpLESS & witH ENDLESS pAiN.


                         22

PLAINTIFF / I wrote SEVERAL complaints About MAIL issues (deputies Honestly believe that MAIL is a PRIVALEGE like television — seriously) I wrote GRIEVANCES & complaints About my Medical conditions — "To no AVAIL" I wrote GRIEVANCES & complaintes About the need for legal MATERIAL "To no AVAIL" (Thousands of inmates & not 1 PeN Al code book to Access — so they say — "CHAIN of conspiracy").— (copies enclosed)

I HAD A victimless : no property: Not A PENNY (1 cent) lost to Anyone "Allegation" & enclosed Are court passes (view How MANY) imagine the effort it took physically on just one trip in A severe medical condition. Why so MANY court cases so MANY Alleged "medical Appointments" At excruciating distances to walk why was so much, placed in so little? A Homeless transients, but they forget, I AM A HUMAN being —

ROBERT K. MAYBERRY
CDC# BJ8870
Box 4000 VACAVille, CA.
95696

23

## ~ CLAIM & RELIEF ~

"Plaintiff claims that for all the aforementioned reasons stated above his 4th. Amendment not to be deprived of life, liberty, or property without" Due Process of law" His 6th. Amendment right to Counsel. His 8th. Amendment right not to be subject to Cruel & Unusual Punishment. His 4th. Amendment right to be free from unreasonable search & seizure. His Procedural rights. His Constitutional right to Bail.

The first 6 days of Mental Anguish topped with the physical excruciating pain. I claim all this is a result of the Sheriff of Los Angeles. "Alex Villanueva" & His employees & representatives at Any Los Angeles County Jail"~

## ~ REMEDY & RELIEF ~

I seek Emediate release from incarceration.~

The 2 concealed deputies be brought to Justice/Charged & tried~

Family's items found or, $3 million actual dollars~  My personal

Punitive: $2 million actual dollars~ Mental~physical~ emotional damage: $4 million actual dollars — I've been kidnapped & its ongoing!

Emediate Release.
Robert L. Mayberry

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
NOTIFICATION OF DISPOSITON

EXIBIT #1

REFERENCE #: 5640-2019-0509-321

**INFORMATION:**

☐ **Handle as an emergent.**

| Booking | Last | First | Middle |
|---|---|---|---|
| 5501383 | MAYBERRY | ROBERT | KENNETH |
| Facility | Housing Location | | |
| NCCF | 727 R 011B | Date of Collection | |
| | | 04/22/2019 | |

| Requesting to Speak With | Requesting for Service | Grievance |
|---|---|---|
| | | Living conditions |

Request or Grievance Details:

This is a Third party received from internal affairs, where inmate Mayberry complained of abuse at South LA station.

**DISPOSITION:**

Complaint Type

Living Conditions

| Findings | Relief |
|---|---|
| ⌄ | ⌄ |

**Comments**

Your grievance has been referred to Sgt C. Martinez at South L A /Lennox station.

**REVIEWED BY:**

| 428415 | Morse |
|---|---|
| 428415 | Morse |

Inmate Rights Regarding the Appeal Process:
- Inmates may only submit one (1) appeal per grievance.
- An appeal shall be submitted on the appropriate appeal form, which will be provided to the inmate by custody personnel when delivering the notification of the disposition of a grievance or appeal.
- Inmates who are unable to fill out the appeal form may ask personnel for assistance.
- An appeal by an inmate must be submitted within fifteen (15) calendar days of receiving a written disposition regarding the grievance, or the appeal will be denied.
- Inmates will be advised in writing by a supervisor the result of an appeal within **15** calendar days of the appeal submission.

New issues raised by an inmate on an appeal form will not be addressed, and any decision rendered will pertain only to the present appeal issue.

REFERENCE #: 5640-2019-0509-321

| Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance. | | |
|---|---|---|
| Inmate's Signature: | Booking #:<br>5501383 | Date: |

SH-J-420

5640-2019-0509-321



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

June 19, 2019

Robert K. Mayberry #5501383
Box 86164 Terminal Annex
Los Angeles, CA 90086
NCCF 727

EXIBIT #2

Re: <u>Citizen Complaint</u>

Dear Mr. Mayberry:

This will acknowledge your complaint/letter received in our office on/or about May 28, 2019.

Complaints regarding the conduct of peace officers are strictly handled by the department where the officer is employed. Each Police department in the State of California is required to establish a procedure to investigate allegations against their personnel, please contact the department where the officers are employed. You may also address your concerns to the following agencies regarding police behavior:

**Los Angeles Police Commission**
150 North Los Angeles Street #150
(213) 485-3235

*The Board of Police Commissioners serves as the civilian oversight at the head of the Los Angeles Police Department.*

**Office of the Inspector General (OIG)**
201 N. Figueroa St.,
Los Angeles, CA 90012
(213) 202-5866

*The Inspector General audits, investigates, and oversees the Police Department's handling of complaints of misconduct by Department employees, and conducts other investigations as directed by the Board of Police Commissioners.* (The OIG also investigated the misconduct of Prison Guards.) Another alternative is to file a complaint through the Coalition Against Police Abuse (CAPA).

**Coalition Against Police Abuse, Inc.**
4107 S. Main St.
Los Angeles, CA 90037

Thank you for your inquiry and this office regrets it is unable to be of further assistance.

Sincerely,

Citizen Complaint Section

# ACLU SoCal - Jails Project

1313 W 8th St, #200, Los Angeles, CA 90017 | 213-977-9543 (no collect calls, sorry!)

3/29/2019

Robert Mayberry  5501383
P.O. Box 86164
Los Angeles, CA 90086-0164

"EXIBIT #3"

Dear Robert,

Thank you for contacting the ACLU SoCal's Jails Project ("Jails Project") on Friday, January 18, 2019. This letter is to inform you of the action that the ACLU SoCal has taken to address your concern. For your reference, the ACLU SoCal Record Identification Number for this complaint is: 18517.

As you may know, the ACLU SoCal is the court-ordered monitor of conditions of confinement and medical services within all Los Angeles County jail facilities. "Conditions" refers to beds, change of clothing, food, meals, gay ("K6-G")/fear for life ("PC", "Greenlighter") inmate classification, recreation, showers, telephones, overcrowding, hygiene ("fish") kits, store ("canteen", "commissary"), religious services, ADA complaints, mail, allegations of violence and retaliation and other similar issues.

We sent a complaint on Friday, March 29, 2019 to the Los Angeles Sheriff's Department ("LASD") requesting the following:

*TREATMENT*

> *In January 2019, inmate reported inflamed hernia and is seeking medical attention. Please refer inmate to a medical professional for evaluation, attention, and care. Thank you.*

You should have received a response within 30 days of Friday, March 29, 2019. If you feel that further assistance is needed and you are having difficulties obtaining it, please contact us again. Also, make sure that you have submitted an inmate grievance ("complaint") form with LASD within 15 days of the date of incident, in addition to submitting a complaint to the Jails Project.

If you are seeking legal representation to seek damages from LASD or assistance with a criminal or parole matter, please understand that the Jails Project is unable to assist you.

You should <u>immediately</u> contact an attorney of your choice to discuss whether your case involves a <u>statute of limitations</u>. A statute of limitations is a time deadline within which a claim and a lawsuit must be filed. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing a claim in court. *If you do file a "complaint" form with LASD, make sure to do so within 15 days of the date of incident to begin the process of exhausting administrative remedies per Prison Litigation Reform Act ("PLRA").*

***Contacting the Jails Project does not mean that the ACLU SoCal has accepted the case. The ACLU SoCal has made no commitment or promise to represent you in this matter.***

***If you contacted the ACLU SoCal or the Jails Project through our telephone pre-screening procedure, by sending us a letter, or by speaking to a representative, the pre-screener with whom you spoke is not an attorney, but rather a volunteer who is prohibited from giving legal advice under state law. The pre-screener cannot accept or reject cases for the ACLU SoCal or the Jails Project.***

The following resources may be helpful to you:

- **Legal Assistance**:
  * **LA County Bar Association**
    866-SMART-LAW (762-7852)

- **Deputy Misconduct/Jail Complaint Process**:
  * **LASD, Internal Affairs Division**
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5300
  * **LASD Internal Criminal Investigations Bureau**
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5451
  * **LA Sheriff's Department, Office of Inspector General**
    312 S Hill St, 3rd Fl, Los Angeles, CA 90013
    (213) 974-6100
  * **LA Police Department's Police Commission, Office of the Inspector General**
    201 N Figueroa St, Suite 610, Los Angeles, CA 90012
    (213) 482-6833

- **Mental Health Assistance**:
  * **Countywide Housing, Employment & Education Resources (Men)**
    695 S Vermont Ave, 10th Fl, Los Angeles, CA 90005
    (213) 251-6582
  * **Countywide Housing, Employment & Education Resources (Women)**
    11705 S Alameda Ave, Lynwood, CA 90362
    (323) 568-4678

- **Prison Resources**:
  * **CA Appellate Project, San Francisco**
    101 2nd St, Suite 600, San Francisco, CA 94105
    415-495-0500
  * **Prison Law Office, San Quentin**
    1917 5th St, Berkeley, CA 94710
    510-280-2621
  * **Federal Public Defender**
    321 E 2nd St, Los Angeles, CA 90012
    213-894-2854
  * **Attorney General, US Department of Justice**
    312 N Spring St, Suite 1200, Los Angeles, CA 90012
    213-894-2400
  * **California Innocence Project**
    225 Cedar St, San Diego, CA 92101
    619-525-1485

Sincerely,

*ACLU SoCal Jails Project*

EXHIBIT #A

1   **THE SAFFARI LAW FIRM**
  NINAZ SAFFARI (SBN#235811)
2   5670 WILSHIRE BLVD., SUITE 1800
  LOS ANGELES, CA 90036
3   Telephone: (310) 592-0247
  Facsimile:  (213) 402-2953
4   ninaz@saffarilaw.com
5

6   Attorney for Defendant,
  ROBERT MAYBERRY
7

8

9        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10

11     **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

12   **PEOPLE OF THE STATE OF**      )   **CASE NO.:  BA443377**
  **CALIFORNIA**                )
13                           )
14                **Plaintiff,**    )
15       v.                      )
16   **ROBERT MAYBERRY,**      )
17                           )
18             **Defendant.**   )

**ORDER TO SHERIFF FOR DEFENDANT
ROBERT MAYBERRY TO BE SEEN AND
TREATED BY A DOCTOR FORTHWITH**

19

20       **TO ALEX VILLANUEVA, SHERIFF OF LOS ANGELES COUNTY, AND**
21
22   **TO HIS EMPLOYEES OR REPRESENTATIVES AT ANY LOS ANGELES**
23   **COUNTY JAIL, THE COURT MAKES THE FOLLOWING ORDER:**
24

25                        **ORDER**

26       IT IS ORDERED that the defendant be seen and treated by a
27   ///
28

                            1

Order to Sheriff that Defendant Robert Mayberry Be Seen and Treated By a Doctor Forthwith

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 22 2019

Sherri R. Carter, Executive Officer/Clerk
By Alex Aldana, Deputy

1   medical doctor forthwith, particularly in regard to his apparent hernia and kidney issues.

2

3          **IT IS SO ORDERED.**

4

5   Dated: 5/22/19

6

7

8                                                  _____

9                                                  JUDGE OF THE SUPERIOR COURT

10

11  AFFIX SEAL:

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order to Sheriff that Defendant Robert Mayberry Be Seen and Treated By a Doctor Forthwith

"EXIBIT #5"

1    **THE SAFFARI LAW FIRM**
     NINAZ SAFFARI (SBN#235811)
2    5670 WILSHIRE BLVD., SUITE 1800
     LOS ANGELES, CA 90036
3    Telephone: (310) 592-0247
     Facsimile: (213) 402-2953
4    ninaz@saffarilaw.com

5

6    Attorney for Defendant,
     ROBERT MAYBERRY

7

8

9

10                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11            **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

12

13   **PEOPLE OF THE STATE OF**          )   **CASE NO.:  BA443377**
     **CALIFORNIA**                      )
14                                       )   **DECLARATION OF NINAZ SAFFARI IN**
                                         )   **SUPPORT OF EX PARTE APPLICATION**
15                       **Plaintiff,**  )   **FOR ORDER REQUIRING MEDICAL**
                                         )   **TREATMENT FOR DEFENDANT**
16        **v.**                         )
                                         )
17   **ROBERT MAYBERRY,**                )
                                         )
18                                       )
                         **Defendant.**  )
19

20   I, Ninaz Saffari, hereby declare:

21   1.   I am the attorney at law, duly licensed to practice before all the courts in the

22        State of California, and am the attorney of record for Defendant, ROBERT

23        MAYBERRY.  My office is located at 5670 Wilshire Blvd., Suite 1800, Los

24        Angeles, California, 90036.

25

26

27

28

2. On May 2, 2019, during a court appearance, I personally witnessed my client continuously bent forward with excruciating pain while holding the side of his abdomen.

3. My client relayed to me that he has been suffering from severe pain, both from a hernia, as well as kidney problems.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May, 2019, at Los Angeles, California.

NINAZ SAFFARI, declarant
Attorney for ROBERT MAYBERRY

Ex Parte Application for Order Requiring Medical Treatment for Defendant



THE SAFFARI LAW FIRM
NINAZ SAFFARI (SBN #235811)
5670 WILSHIRE BLVD., SUITE 1800
LOS ANGELES, CA 90036
Telephone: (310) 592-0247
Facsimile: (213) 402-2953
ninaz@saffarilaw.com

Attorney for Defendant,
ROBERT MAYBERRY

EXHIBIT #6

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 22 2019

rri R. Carter, Executive Officer/Cle
Alex Aldana, Dep

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | CASE NO.: BA443377 |
| Plaintiff, | EX PARTE APPLICATION FOR ORDER REQUIRING MEDICAL TREATMENT FOR DEFENDANT |
| v. | |
| ROBERT MAYBERRY, | |
| Defendant. | |

**TO THE HONORABLE JUDGE KATHERINE MADER OF THE**

**SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES:**

**PLEASE TAKE NOTICE** that defendant ROBERT MAYBERRY hereby

presents this request for an Order Requiring Medical Treatment for Defendant. This

request is made on the grounds that for the last month, defendant has been experiencing

severe and excruciating pain from a hernia and kidney problems, and therefore seeks to

be seen by a doctor as soon as possible.

This request for this Order will be based on this Notice; on the Memorandum of

Points and Authorities served and filed herewith; on the Declaration of Ninaz Saffari

---

1

Ex Parte Application for Order Requiring Medical Treatment for Defendant

served and filed herewith; on such supplemental documents as may hereafter be filed
with the Court; on all the papers and records on file in this action; and on such oral and
documentary evidence as may be presented at any hearing on this application.

DATED: May 21, 2019

Respectfully submitted,

NINAZ SAFFARI
Attorney for ROBERT MAYBERRY

Ex Parte Application for Order Requiring Medical Treatment for Defendant

# I.
## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF THE APPLICATION

An incarcerated defendant in a criminal case is entitled to prompt and adequate medical care if his or her medical need is sufficiently serious, meaning that failure to treat it will result in "significant injury or the unnecessary and wanton infliction of pain." Jett v. Penner (9th Cir. 2006) 439 F.3d 1091, 1096. Conversely, medically necessary services are those that are reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain. 15 California Code of Regulations (CCR) § 3350(b).

Here, neither defendant nor his counsel are aware of the precise severity or nature of defendant's medical problems, but his extreme level of pain clearly indicates "significant injury" requiring prompt medical attention. Denial of such a request under these circumstances may, under certain circumstances, rise to the level of a violation of the Eighth Amendment of the U.S. Constitution (e.g., if jail officials act with deliberate indifference to serious medical, dental, or mental health needs). Estelle v. Gamble (1976) 429 U.S. 97, 103-104; Hoptowit v. Ray (9th Cir. 1982) 682 F.2d 1237, 1252-1253 (unconstitutional health care at Washington State Penitentiary).

# II.
## CONCLUSION

Based on the foregoing, defendant respectfully requests that the Court issue an order requiring that the L.A. County Sheriff's Department allow defendant to see a doctor for said conditions as soon as reasonably possible.

DATED: May 21, 2019

Ex Parte Application for Order Requiring Medical Treatment for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,


_____
NINAZ SAFFARI
Attorney for ROBERT MAYBERRY

Ex Parte Application for Order Requiring Medical Treatment for Defendant

INMATE APPEALS REJECTED

I tried to get to law library. Get copies "Pens" Points & Authorities. No one booked but a lady. Set. Who tried to help with paper/ envelopes.

2/19/2020

J. Krestman

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Thursday, February 6, 2020*

*MAYBERRY, BJ8870*
*B 012 1111001L*

PROGRAM, Modified/Lockdown Programs, 02/05/2020
Log Number: CSP-S-20-00251
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*RO  Other*

*Per CCR 3084.9(a)(1)(2)(3) this issue does not meet Emergency requirements.*

☐  A. Petty, Appeals Coordinator
☐  C. Pangelinan, Office Technician
☐  D. Marchal, Appeals Coordinator
☑  C. Cagnina, AGPA
Appeals Coordinator
California State Prison - Solano

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if
the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

Your Honor, I tried
Emergency Appeal

Denied

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME)          (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| MAYBERRY, ROBERT | B58870 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B12-111L | O | | legal library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I HAVE A letter from the United STATES District COURT. THE HONORABLE JOHN D. EARLY HAS GIVEN ME A 2-27-20 deadline to ANSWER A petition. I'm placing this form Along with AN INMATE EMERGENCY APPEAL form for use of law library. THIS DAY of 2-4-20

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL:  ADDRESSED TO:_____ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| P. BRIGGS | 2/6/20 | | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Legal Library | 2/6/20 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C Brown, Librarian | 2/11/2020 | C Brown | 2/11/2020 |

Form 22 arrived without emergency Appeal form or any other enclosure. to Be considered for PLU, please complete the enclosed PLU Request form, & Library access request form as you have an established 2/27/2020 court deadline.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

_____

_____

_____

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

_____

_____

_____

_____

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Friday, February 7, 2020*

*MAYBERRY, BJ8870*
*B  012 1111001L*

PROGRAM, Modified/Lockdown Programs, 02/07/2020
Log Number: CSP-S-20-00273
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.)</u>**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(c)(2).  The appeal duplicates a previous appeal upon which a decision
has been rendered or is pending.*

*You have already appealed this issue.  You have an open appeal of 20-251.  This 602 has been
cancelled.*

- ☐   A. Petty, Appeals Coordinator
- ☐   C. Pangelinan, Office Technician
- ☐   D. Marchal, Appeals Coordinator
- ☑   C. Cagnina, AGPA
Appeals Coordinator
California State Prison - Solano

**NOTE:**  If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation decision is granted.
**NOTE: THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

*Emergency*

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-S-20-00251 | | 11 Law Library |

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

Name (Last, First): MAYBERRY, ROBERT    CDC Number: BJ8870    Unit/Cell Number: B12 111L    Assignment:

RECEIVED
FEB 0 7 2020
CSP - SOLANO
APPEALS OFFICE

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
legal library - To Answer court deadline

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):
I HAVE BEEN SUMMONS BY THE UNITED STATES DISTRICT COURT/CENTRAL DISTRICT. THE HONOR-ABLE, JOHN D. EARLY. UNITED STATES MAGISTRATE

B. Action requested (If you need more space, use Section B of the CDCR 602-A):
I REQUEST AMPLE TIME TO PREPARE & SEND the said MOTION BACK TO THE COURTS.
THANK YOU.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____    _____
_____    _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☑ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☑ Cancelled (See attached letter) Date: 2-7-20
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
                (Print Name)
Reviewer: _____ Title: _____ Signature: _____
                (Print Name)
Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant ____ / ____ / ____ |

STATE OF CALIFORNIA                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)                                                   Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted : _____

---

**E.  Second Level - Staff Use Only**           Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

           Date of Interview: _____   Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

        See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
        (Print Name)

Reviewer: _____   Title: _____   Signature: _____
       (Print Name)

Date received by AC: _____

| |
|---|
| **AC Use Only**<br>Date mailed/delivered to appellant ____ / ____ / ____ |

---

**F.  If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

---

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
      See attached Third Level response.

| |
|---|
| **Third Level Use Only**<br>Date mailed/delivered to appellant ____ / ____ / ____ |

---

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____   Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

*EMERGENCY*

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**      DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-A (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP:S20.00251 | | 4L Library |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MAYBERRY, Robert | CDC Number: R58870 | Unit/Cell Number: B12 111L |
|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue) :**

To Answer A Motion that was filed by
the opposition before 2-27-2020

Pending Federal Case

RECEIVED
FEB 07 2020
CSP - SOLANO
APPEALS OFFICE

STAFF USE ONLY

Inmate/Parolee Signature: _____      Date Submitted: 2-4-20

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____      Date Submitted: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____   **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____   **Date Submitted:** _____

C/o KincAnnon                                    2/10/2020

COMPLAINT
#
COURT
PASSES
*
EXIBITS

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 050219   TIME  0300
REPORT TO L A SUPERIOR COURT DEPT 117

                      X
TERMINAL ID #  P347


     R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L   #    46

     COURT CODE S117
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B     SEC LVL  6  ID LVL  P
MAIN#  03796116   SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE   KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 052219   TIME  0300
REPORT TO L A SUPERIOR COURT DEPT 117

                X
TERMINAL ID #  P347


     R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L  #   46

     COURT CODE S117

NO HOLD TO HEAR

CASE NAME  CALIF. LAW PREVENTS ARREST
SUSPECTS FROM BEING HELD
CASE NUMBER  FOR MORE than 48hrs with
OUT CHARGES

You are directed to return to the court at the time and
place indicated for the reason checked below.

| DATE | | TIME | | ☐ A.M. |
| | | | | ☐ P.M. |

| DIVISION | ROOM NUMBER | FINE PAYMENT (if applicable) |
| | | |

☐ Plea        ☐ Trial           ☐ Surrender

☐ Pretrial    ☐ Sentence        ☐ Payment of Fine

☐ Proof of Completion of Community Service

☐ Other: _____

*FAILURE TO APPEAR AS INDICATED WILL RESULT IN A
BENCH WARRANT FOR YOUR ARREST BEING ISSUED.*

CR 227  10-06

Dillman   (213) 974-7065

(213) 974-2811

PRE lim .
Dpt 32 1-9

PRE lim 1-9
WAVED

Judge Mader
DDA Paul Guthrie

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## NOTICE TO REAPPEAR



PASS

SP HDL CD
BKG# 5501383     PERMANENT HSG LOC 727 R011B
MAIN# 03796116     SENTENCE STATUS 2          SEC LVL  6   ID LVL   P
LAST NAME MAYBERRY
SEX M RACE B   AGE 53 EYE BRO   HAIR BLK   HGT 509 WGT  175     DOB 09/28/65
FIRST ROBERT          MIDDLE  KENNETH


REQUEST DATE 042319    TIME   1257
REPORT TO INMATE SERV-CONTRABAND MAIL

TERMINAL ID #  PP33


   R E P O R T   T O   N C C F    C O U R T   L I N E   C E L L

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


   REQUEST DATE 062619    TIME  1624
   REPORT TO INMATE SERVICES


TERMINAL ID #  PP31


    R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

    COURT CODE
```

```
PASS
    SP HDL CD
    BKG# 5501383   PERMANENT HSE LOC 720 R0070    SEC LVL  7  ID LVL  P
    MAIN# 03796116   SENTENCE STATUS
    LAST NAME MAYBERRY            FIRST ROBERT        MIDDLE KENNETH
    SEX M RACE B  AGE 50  WT 080  HAIR BLK  HGT 509 WGT  CPU  DOB 01/09/65


    REQUEST DATE 010979   TIME  0724
    REPORT TO LOS ANGELES MUNI CT DIV 32

    TERMINAL ID #  T131


        R E P O R T   T O   N C O P   C O U R T   L I N E   C E L L      46
        COURT CODE N32
```

REQUEST DATE 0.08/9   TIME  1265
REPORT TO INMATE SERV--CONTRABAND MAIL

TERMINAL ID #  PD?2

    R E P O R T   T O   N O C I    C O U R T   L I N E   W E L L
    COURT CODE

JT Live Bailbonds          1%

JTHAM BAILBONDS          LUMP SUM

LADDN Bailbonds

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B    SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 062619   TIME  0712
REPORT TO INMATE SERV-CONTRABAND MAIL


TERMINAL ID #  PP32


     R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

     COURT CODE
```

## NCCF INMATE PASS

| DATE | 4/10 | TIME: | 1530 |
|------|------|-------|------|

| I/M LAST NAME | I/M FIRST NAME | BOOKING # | DORM |
|---------------|----------------|-----------|------|
| MAYBERRY (11B) | | SS01383 | 727 |

| PASS DESTINATION |
|------------------|
| 727 ⟶ MAIL I/m SERVICES (210) |

PASS

```
SP HDL CD
BKG# 5501383   PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116   SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


   REQUEST DATE 060519   TIME  1450
   REPORT TO INMATE SERV-CONTRABAND MAIL


   TERMINAL ID #  PP2Y


     R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L

     COURT CODE
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 726 R0071
MAIN#  0373 6116   SENTENCE STATUS 2
LAST NAME MAYBERRY              FIRST ROBERT
SEX M RACE B   AGE 53 EYE BRO  HAIR BLK  H

REQUEST DATE 032019    TIME  1902
REPORT TO INMATE SERV-CONTRABAND MAIL

TERMINAL ID # PP2Y

R E P O R T  T O  N C C F  C O U R T
COURT CODE

"Police Misconduct Records"
THE 1st District Court
of Appeals Released 3:29:19
"These Records Are Absolute
ly essential 4 the public to be Able
to see what the police departments
Are doing with Respect to police
misconduct" "The Agencies have
Enormous power over Californians



NOTICE TO REAPPEAR

CASE NAME

CASE NUMBER

You are directed to return to the court at the time and place indicated for the reason checked below.

| DATE | TIME | ☐ A.M. |
| 5/8/K | | ☐ P.M. |

| DIVISION | ROOM NUMBER | FINE PAYMENT (if applicable) |

☐ Plea     ☐ Trial     ☐ Surrender

☐ Pretrial     ☐ Sentence     ☐ Payment of Fine

☐ Proof of Completion of Community Service

☐ Other: _____

*FAILURE TO APPEAR AS INDICATED WILL RESULT IN A BENCH WARRANT FOR YOUR ARREST BEING ISSUED.*

CR 227  10-06

```
PASS

    SP HDL CD
    BKG# 5501383    PERMANENT HSG LOC 72C
    MAIN# 03796006    SENTENCE STATUS 4
    LAST NAME MAYBERRY          FIRST NO
    SEX M RACE B   AGE 53 EYE BRO   HAIR B

    REQUEST DATE 01 13 19   TIME  1058
    REPORT TO MEDICAL TREATMENT

    TERMINAL ID #  D76C

         R E P O R T   T O   N O O F   C O
         COURT CODE
```

```
PAGE
    SP HDL CD
    BKG# 5501385   PERMANENT HSG LOC: 726 R007
    MAIN# 03798116   SENTENCE STATUS I
    LAST NAME MAYBERRY          FIRST ROBERT
    SEX M RACE B  AGE 33 EYE BRO  HAIR BLK  HE


    REQUEST DATE 011019   TIME  1305
    REPORT TO DOCTOR LINE

    TERMINAL ID #  PP4N


        R E P O R T  T O  N O O F  C O U R T
        COURT CODE
```

```
PASS
    SP HDL ED
    BKG# 9087383    PERMANENT HSG LOC 725 K0007B       SEC LVL  7  12 CEL  P
    NAME#  08790148   SENTENCE STATUS 2
    LAST NAME MAYBERRY            FIRST ROBERT        MIDDLE  KENNETH
    SEX M RACE B  AGE 60 EYE BRO  HAIR BLK  HGT 602 WGT  170   DOB 02/08/65

    REQUEST DATE 011919   TIME  8851
    REPORT TO MEDICAL LAB

    TERMINAL ID # DY20

       R E P O R T   T O   H O U S E   R O B E R T  1 1 1 1  8 8 1 1
       PRINT 00Z
```

✓2669    BEANS       12-88
✓6600    TORTilLA    2.88
✓6500    Pickle$^3   1.26
✓6220    CORNUTS$^3$ 1.00
✓6087    CHEEZ-ITS$^3$  .95
✓4399    PORK CRACK$^3$ 1.57
✓6127    PORK Rinds$^2$ 1.97
✓4402    SALSA    2    1.76
✓4403    GUACA         1.87
✓3535    CHEESE        1.87
~~✓2537   Life Savers   2.59~~
✓2615    SAUSAGE$^3$   1.38
                       ———
                       21.92

0205    BABY OiL        1.41
1393?   ~~????~~        12.??

                       35.83

```
CB
  ST JBL CB
  DATA LOGGER      PERMANENT HSG LOG 711 KSATC      SEC LVL 1  ID LVL 1
  MAINF  80.0010   SENTENCE STATUS .
  LAST NAME ...........              FIRST NAME ...      MIDDLE  KENNETH
  SEX M RACE B  AGE 33 EYE BRO  HAIR BLK  HGT 508 WGT  175  DOB 05/08/63

  REQUEST DATE 041619   TIME  0954
  REPORT TO DOCTOR LINE

  TERMINAL ID # D800

      R E P O R T  T O  N E X T  C O U R T  L I N E  0LLL
      COURT CODE
```

Cheese Puffs (5)
Hot Chips (5)
Tortillie Shells
Pickle.
Refried Beans.
Jalapeno Chips
Squeeze Cheese

```
CCS
    SP HDL CD
    DKO# 5591383   PERMANENT HSG LOC 725 R007C        SEC LVL  7  ID LVL  P
    MAIN#  02796116   SENTENCE STATUS 1
    LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    CDC 01/20/65

    REQUEST DATE 012119   TIME  1050
    REPORT TO BLOOD PRESSURE CHECK

    TERMINAL ID # PT4N


      R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L
      COURT CODE
```

```
P HDL CD
K8# 5501363   PERMANENT HSG LOC 720 R0070      SEC LVL 7  ID LVL P
AINH  05/05/16   SENTENCE STATUS 1
AST NAME MAYBERRY          FIRST ROBERT        MIDDLE KENNETH
EX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


EQUEST DATE 011919   TIME  1819
EPORT TO DOCTOR LINE

ERMINAL ID #  D835


    R E P O R T  T O  N C S F  C O U R T  L I N E  C E L L
    COURT CODE
```

```
RSG
    SP HDL CD
    LAST NAME.....   ...ERMANENT HSG LOC 72C R007B      CLC LVL  7  ID LVL  P
    MAIN#  03796116    SENTENCE STATUS L
    LAST NAME ...........        FIRST NAME...     MIDDLE  KENNETH
    SEX M RACE B   HSE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


    REQUEST DATE 08:57:9   TIME  7774
    REPORT TO DOCTOR LINE

    TERMINAL ID #  D035


      R E P O R T  T O  N C C F   C O U R T  L I N E  CLLL
      COURT CODE
```

```
:AGS
    SP HDL CD
    BK6# 5561383   PERMANENT HSG LOC 7E8 R807C        SEC LVL  7  ID LVL  P
    MAIN# 0579618   SENTENCE STATUS L
    LAST NAME MAYBERRY          FIRST ROBERT         MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  173   DOB 03/28/65

    REQUEST DATE 011719   TIME  1811
    REPORT TO MEDICAL TREATMENT

    TERMINAL ID #  PP4R

        R E P O R T  T O  N O O F  C O U R T  L I N E  C E L L
        COURT CODE
```

PROS
    SP HDL CD
    BKG# 5581283    PERMANENT HSG LOC 726
    PFLNE 63796418    SENTENCE STATUS
    LAST NAME MAYBERRY          FIRST ROB
    SEX M RACE B   AGE 53 EYE BRO   HAIR B

    REQUEST DATE 01419   TIME  1907
    REPORT TO MEDICAL TREATMENT

    TERMINAL ID # PP4R

        R E P O R T   T O   N E D I   C O
        COURT CODE

ps..,www.nolo.com/dictionary/affidavit-term.html) or sim..
even be required.

REQUEST   JOHNSON CALCULATION

https://www.nolo.com/legal-encyclopedia/arraignment-getting-court.html          1/2/2019



# NCCF INMATE PASS

| | 0827 | TIME | 12/31/18 | |
|---|---|---|---|---|

| INMATE LAST NAME | INMATE FIRST NAME | BOOKING # | DORM |
|---|---|---|---|
| MAYBERRY | | 5501383 | 621-5C |

| PASS DESTINATION |
|---|
| MEDICAL |

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 050719    TIME  1217
REPORT TO DOCTOR LINE


TERMINAL ID #  D835


      R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L

         COURT CODE

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B    SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 053119    TIME  1136
REPORT TO PILL CALL


TERMINAL ID #  D76D


    R E P O R T   T O   N C C F    C O U R T   L I N E   C E L L

    COURT CODE

PASS

SP HDL CD
BKG# 5501383     PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN# 03796116     SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT          MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 050319    TIME  1719
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  PP4R


   R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

   COURT CODE



# NCCF INMATE PASS

| DATE: 1/2/18 | TIME: 0805 | | |
|---|---|---|---|
| L/M LAST NAME | M/F FIRST NAME | BOOKING # | DORM |
| MAYBERRY | | 5501383 | 621-5C |
| PASS DESTINATION | | | |
| DOCTOR LINE | | | |

blood
count

AMMUNYA

kidney
&
liver
problems

Lactulose

```
LAST NAME MAYBERRY            FIRST ROBERT        MIDDLE KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT 175    DOB 09/28/65


REQUEST DATE 011019   TIME  2006
REPORT TO MEDICAL TREATMENT


TERMINAL ID # PDAD



     R E P O R T  T O  N C C F  C O U R T  L I N E
     COURT CODE
```

my MARRIAGE I only
HAVE ONE REQUEST, when
my MOST BEAUTiFULLEst
bride walks toward the isle

PASS

SP HDL CD
BKG# 5501383   PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116   SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65

REQUEST DATE 042919   TIME  1749
REPORT TO MEDICAL TREATMENT

TERMINAL ID # PP4R

R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

COURT CODE

1-29-19
8:20 p.m
Nose bleed
No Medication

REPORT TO HOSP  COURT CASE CELL
COURT CASE

SAT 1-26-19
About 3:30 p.m.
SEVERE NOSE bleed
NO MEDICATION. SAID
SELF inflicted

PASS

```
   SP HDL CD
   BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
   MAIN#  03796116   SENTENCE STATUS 2
   LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
   SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65



   REQUEST DATE 042619   TIME  1500
   REPORT TO MEDICAL TREATMENT


   TERMINAL ID #  PP4R



       R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L

       COURT CODE
```

266 EAST 25 ST #9

90802

Becki

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B       SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT        MIDDLE KENNETH
SEX M RACE B   AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


    REQUEST DATE 050719    TIME  0915
    REPORT TO DOCTOR LINE


TERMINAL ID #  D835


     R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

    COURT CODE
```

To make assumptions About
something that has happened &
speculate on whats might happen
be4 you even know what the fuck
did happen

connete inmate
conne ina

Mysical Explaning

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 042219    TIME  0913
REPORT TO DOCTOR LINE


TERMINAL ID #  D835


    R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L
    COURT CODE

| 6297 | RAMEN | | 24.00 |
| 2615 | | 3 | 4.14 |
| 4047 | BEANS | 1 | 3.99 |
| 6600 | TORTILLAS | 1 | 2.88 |
| 6757 | SPAM | 2 | 3.32 |
| 6087 | CHEEZ it | 5 | 5.00 |
| 6220 | COCONUTS | 4 | 4.00 |
| 6500 | PICKLES | 2 | 2.52 |
| 2438 | OAT MEAL | 5 | 2.75 |
| 3020 | | 2 | 4.10 |
| 4399 | SKINS | 2 | 3.14 |
| 4402 | | 2 | 3.52 |
| 6103 | CHIPS | 3 | 3.30 |
| 6105 | CHIPS | 3 | 3.00 |
| 6116 | CHIPS | 3 | 3.00 |
| 6154 | CHIPS | 4 | 4.80 |
| 6680 | CHIPS | 3 | 76.16 |
| 1015 | ENV | 1 | 4.83 |
| 1109 | CARD | 1 | .51 |
| 1120 | | 1 | 3.20 |
| 8687 | PEN | 1 | .75 |
| 2664 | BEANS | 1 | 2.86 |
| | | | 89.31 |

ASS
    SP HDL CD
    BKG# 5501383    PERMANENT HSG LOC 726 R007B        SEC LVL  7  ID LVL  P
    MAIN# 03/96116    SENTENCE STATUS 2
    LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


    REQUEST DATE 022819   TIME   0924
    REPORT TO MEDICAL LAB

    TERMINAL ID #  P473


        R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L
        COURT CODE

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B       SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT         MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 050119   TIME  1752
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  D76E


R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L

COURT CODE

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


   REQUEST DATE 041519    TIME  0856
   REPORT TO MEDICAL LAB

   TERMINAL ID #  PP73


      R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

      COURT CODE
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN# 03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 050219   TIME  1936
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  PP4R


    R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L

    COURT CODE

METRELL

PASS
    SP HDL CD
    BX6# 5501383   PERMANENT MSG LOC 726 R0070      SEC LVL  7   ID LVL  F
    MAIN# 0373611B   SENTENCE STATUS
    LAST NAME MAYBERRY          FIRST ROBERT          MIDDLE  KENNETH
    SEX M RACE B   AGE 53 EYE BRO   HAIR BLK   HGT 509 WGT   175    DOB 09/26/65


    REQUEST DATE 010819   TIME   1900
    REPORT TO MEDICAL TREATMENT

    TERMINAL ID #  PTAR


        R E P O R T   T O   N B D I    C O U R T   L I N E   C E L L
        COURT COUL

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 728 R014B        SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT         MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 070519    TIME  1459
REPORT TO DOCTOR LINE

TERMINAL ID #  D835

R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L
COURT CODE

```
PASS
    SP HDL CD
    BKG# 5501383   PERMANENT HSG LOC 726 R007B      SEC LVL  7  ID LVL  P
    MAIN# 03796116   SENTENCE STATUS 2
    LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


    REQUEST DATE 02/28/9   TIME   0700
    REPORT TO MEDICAL LAB

    TERMINAL ID # PP73


       R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L
       COURT CODE
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B     SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 041519    TIME  0959
REPORT TO MEDICAL LAB


TERMINAL ID #  PP73


    R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

    COURT CODE

```
SP HDL CD
BKG# 5501383   PERMANENT HSB LOC 72C RD#7B      SEC LVL  7  ID LVL  P
MAIN# 0379611B   SENTENCE STATUS L
LAST NAME MAYBERRY          FIRST ROBERT       MIDDLE   KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 020619   TIME  1903
REPORT TO DOCTOR LINE

TERMINAL ID #  D635


    R E P O R T  T O  N O O T   C O U R T  L I N E  C E L L
    COURT CODE
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B        SEC LVL  6  ID LVL  P
MAIN# 03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 042419   TIME  1928
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  PP4R


R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L

COURT CODE

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT      MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 041519    TIME  0720
REPORT TO MEDICAL SERVICES

TERMINAL ID #  PP4M


    R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

    COURT CODE
```

C04 - TRANSFER (INTRA/EXTRA PERMANENT HOUSING) - JDS

P HDL CD
KG# 5501383     PERM HSG LOC 726 R007C   PEND PERM HSG LOC              PEND TST
EMP LOC          PEND TEMP LOC1          PEND TST1           PEND TEMP LOC2
END TST 2        PEND TEMP LOC3          PEND TEMP LOC4      PEND TEMP LOC5
D LVL P          MAIN# 03796116          SENTENCE STATUS 1   SEC LVL 7
AST NAME MAYBERRY              FIRST ROBERT                  MIDDLE KENNETH
EX M    RACE B    AGE 53    EYE BRO    HAIR BLK    HGT 509   WGT 175   DOB 092865

                         INMATE MOVEMENT REQUEST

NTERRUPTED             REPORT TO:              NEEDS      CAPACITY
 MOVE(X)    DEL-CODE   MOD/DORM  ROW CELL BUNK  TST(X)   OVERRIDE(X)

                          INMATE
                725  MEDICAL ISSUE

                              NEXT TRAN MC04 05501383

PROP. 47
57

ASSUMPTIONS
over facts

PASS

SP HDL CD
BKG# 5501383   PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116   SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT      MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 050919    TIME  0809
REPORT TO MEDICAL ADMIN


TERMINAL ID #  PP4M


R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L
COURT CODE

WORST THAN USELESS

SHENANIGANS

THEY WANT THE [illegible] SHAPE.

[illegible]

HIS WILLINGNESS TO MAKE SUCH A THREAT IS EVIDENCE OF HIS VICIOUSNESS, OR, PERHAPS, DEMENTIA. EITHER WAY, HE WENT BACK [illegible] ELUDING HIS VENGEANCE.

PASS

```
SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B       SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


   REQUEST DATE 042619    TIME  0942
   REPORT TO MEDICAL LAB


   TERMINAL ID #  D79C


     R E P O R T   T O   N C C F    C O U R T   L I N E   C E L L

     COURT CODE
```

```
B. HEL 02
BROW 00793883   PERMANENT HSG LOC 726 K407C      SEC LVL  7  ID I'N   D
MAINM  03/00118   SENTENCE STATUS 1
LAST NAME MAYBERRY         FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 33 EYE GRN  HAIR BLK   HGT 5'9 WGT 170   DOB 07/03/83

                         .

     REQUEST DATE 011819   TIME  1100
     REPORT TO MEDICAL ADMIN

     TERMINAL ID #  PP444


         R E P O R T   T O   N C C I   C O U R T   L I N E   C E L L
         COURT CODE
```

```
PASS
    SP MD. CD
    BKG# 550/363    PERMANENT HSG LOC 726 R0070        SEC LVL  7  ID LVL  P
    MAIN# 03/96/16    SENTENCE STATUS (
    LAST NAME MAYBERRY          FIRST ROBERT          MIDDLE  KENNETH
    SEX M RACE B   AGE 33 EYE BRO   HAIR BLK   HGT 503 WGT  175   DOB 09/06/65

    REQUEST DATE 0.0919   TIME  2340
    REPORT TO ROLL CALL

    TERMINAL ID W  IFAN


        R E P O R T   T O   N O L F   C O U R T   L I N E  ......
        COURT CODE
```

```
PASS
    SP HDL CD
    BKG# 5501383   PERMANENT HSG LOC 720 R007B      SEC LVL  7  ID LVL  F
    MAIN# 03796118   SENTENCE STATUS U
    LAST NAME MAYBERRY            FIRST ROBERT          MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 05/28/65

    REQUEST DATE 021119   TIME  1256
    REPORT TO PILL CALL

    TERMINAL ID #  PP4N


       R E P O R T   T O   N O O T   C O U R T   L I N E  C E L L
       COURT CODE
```

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B
MAIN# 03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY          FIRST ROBERT
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT


REQUEST DATE 043019    TIME  1853
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  PP4R



R E P O R        C F   C O U R T

STACIE RENEE HALPERN
ATTORNEY # 202746
818-880-6600

LAW FIRM: HALPERN & HALPERN
818-880 6600

19-0-159733

PASS

SP HDL CD
BKG# 5501383   PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116   SENTENCE STATUS 2
LAST NAME MAYBERRY       FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 050119   TIME  0728
REPORT TO MEDICAL SERVICES


TERMINAL ID #  PP4M


        R E P O R T  T O  N C C F   C O U R T  L I N E  C E L L

        COURT CODE

ARREST NEVER MENTIONED

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B      SEC LVL  6  ID LVL  P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT       MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 041819    TIME  0300
REPORT TO L A SUPERIOR COURT DEPT 117

                                  X
TERMINAL ID #  P347


    R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L  #    46

    COURT CODE S117

ASS
    SP HDL CD
    BKG# 5503383   PERMANENT HSG LOC 726 R007B       SEC LVL  7  ID LVL  P
    MAIN#  03796116   SENTENCE STATUS L
    LAST NAME MAYBERRY          FIRST ROBERT        MIDDLE  KENNETH
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


    REQUEST DATE 020619   TIME  0300
    REPORT TO L A SUPERIOR COURT DEPT 117
                         X
    TERMINAL ID #  P347


        R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L  #   46
        COURT CODE 8117

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 720 R007B        SEC LVL  7  ID LVL  P
MAIN# 03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/08/65


REQUEST DATE 02/27/19   TIME  0300
REPORT TO L A SUPERIOR COURT DEPT 17
                    X
TERMINAL ID #  4347


     R E P O R T   T O   N C C F   C O U R T   L I N E   C E L L   #   46
     COURT CODE 517

CHRISTOPHER
COMMISSIO
INTERNAL
AFFAIRS

ROMERO
ROMARO
ROMERO

213 9774811
DEREK
DILLMAN

F.B.I.

11000 WILSHIRE Blvd
SUITE 1000
90024-3602

PASS

SP RDL CD
BKG# 5501383    PERMANENT HSG LOC 72G R007B      SEC LVL  7  ID LVL  P
MAIN# 0379616   SENTENCE STATUS 2
LAST NAME MAYBERRY         FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 03/28/65


REQUEST DATE 030719   TIME   0300
REPORT TO L A SUPERIOR COURT DEPT 117
                       X
TERMINAL ID #  P347


     R E P O R T   T O   N C C F   C O U R T   L I N E   C X F I   #   4G
     COURT CODE S117

PASS

SP HDL CD
BKG# 5501383    PERMANENT HSG LOC 727 R011B    SEC LVL  6  ID LVL   P
MAIN#  03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT        MIDDLE  KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


REQUEST DATE 040419    TIME  0300
REPORT TO L A SUPERIOR COURT DEPT 117

                                X
TERMINAL ID #  P347


        R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L  #    46

        COURT CODE S117

PASS

SP HDL CD
BKG# 5501383   PERMANENT HSG LOC 727 R011B     SEC LVL  6  ID LVL  P
MAIN# 03796116    SENTENCE STATUS 2
LAST NAME MAYBERRY        FIRST ROBERT       MIDDLE KENNETH
SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175   DOB 09/28/65


REQUEST DATE 050519   TIME  1637
REPORT TO MEDICAL TREATMENT


TERMINAL ID #  PP4R


     R E P O R T   T O   N C C F   C O U R T L I N E   C E L L

     COURT CODE

REMEMBER FRIENDS AS YOU PASS BY
YOU ARE SO ONCE WAS I
AS I AM SO YOU MUST BE
PREPARE 4 DEATH & FOLLOW ME

INCAPACITATE
quite
wite

```
PASS
    SP  HDL  CD
    BKG# 5501383   PERMANENT HSG LOC 726, R007I
    MAIN#  03796V16   SENTENCE STATUS I
    LAST NAME MAYBERRY          FIRST ROBERT
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK

    REQUEST DATE 022119   TIME  0300
    REPORT TO LOS ANGELES MUNI CT DIV 80
                           X
    TERMINAL ID #  P347

        R E P O R T  T O  I R C    COURT
        COURT CODE M80
```

```
PASS
    SP HDL CD
    BKG# 5501383   PERMANENT HSG LOC 726, R007I
    MAIN#  03796V16   SENTENCE STATUS I
    LAST NAME MAYBERRY          FIRST ROBERT
    SEX M RACE B  AGE 53 EYE BRO  HAIR BLK   HG,

    REQUEST DATE 022119   TIME  0300
    REPORT TO LOS ANGELES MUNI CT DIV 80
                           X
    TERMINAL ID #  P347

        R E P O R T  T O  I R C    COURT LINE GEL
        COURT CODE M80
```

```
PASS
    SP HDL  CD
    BKG# 550
    MAIN# V
    LAST
```

PAGE

CII URI CD

DROB 8801381   PERMANENT REG LOC ALL ROUTE        CNT L   7  I3 XX
WATCH  25733.C   SENTENCE STATUS (

LAST NAME APPLEBY           FIRST ROBERT         MIDDLE KENNETH
SEX M RACE B   AGE 33 EYE BRO   HAIR BLK   HGT 509 WGT   170   DOB 01.00.00

REQUEST DATE 01CC19   TIME 0000
REPORT TO L A SUPERIOR COURT DEPT 117

TERMINAL ID # PDW


        R E P O R T   T O   N O D F   D O N E T S N E   C E L I   #
        COURT CODE DEPT

```
PASS

  SP HDL CD
  BKG# 5501383    PERMANENT HSG LOC 727 R011B     SEC LVL  6  ID LVL  P
  MAIN#  03796116    SENTENCE STATUS 2
  LAST NAME MAYBERRY        FIRST ROBERT       MIDDLE  KENNETH
  SEX M RACE B  AGE 53 EYE BRO  HAIR BLK  HGT 509 WGT  175    DOB 09/28/65


  REQUEST DATE 062419   TIME  0705
  REPORT TO INMATE SERVICES


  TERMINAL ID #  PP2Y


     R E P O R T  T O  N C C F  C O U R T  L I N E  C E L L

     COURT CODE
```

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

See the back copy for instructions.

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

YES*   NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | U.C.C.F | 727 | 4-5-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
- ☐ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☐ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Other (explain below)
- ☐ Classification
- ☐ Telephone
- ☐ Visiting

**MEDICAL/MENTAL**
- ☑ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☐ Other (explain below)

**STAFF**
- ☐ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)

*Optional (check only if applicable):*
- ☐ Use of force
- ☐ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

I HAVE MADE SEVERAL ATTEMPTS by inmate grievance to seek entereferences (Medical) attention but to no avail. I have court orders for a hernia & liver

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature X

------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16   White - Facility   Yellow – Inmate copy at time of disposition for an emergency grievance   Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

☐ YES*    ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Sí ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| | NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|---|
| REFERENCE NUMBER: | ROBERT MALBERRY | 5501383 | XXCF | 727 11b | 4-1-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification | ☑ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

I've filed GRIEVANCES: EMERGENCY REQUESTS:
2 SUPERIOR COURT ORDERS: ALL to RENDER MEDICAL
ATTENTION FOR A HERNIA & LIVER CONDITION, to
NO AVAIL. (OVER)

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (_____)

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

| Employee Receiving Grievance | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

| | *Watch commander notified of emergency grievance | Name | Employee # | Date/Time |
|---|---|---|---|---|

This grievance ☐ was ☐ was not handled as an emergency. If not, please explain below.
**Note:** Any aspect of an emergency grievance determined to be non-emergent will be processed within the standard time frame.

| If a disposition was rendered, please complete: | | BRIEF SUMMARY OF ACTIONS TAKEN |
|---|---|---|
| **FINDINGS** | **RELIEF** | |
| ☐ SUSTAINED | ☐ GRANTED | |
| ☐ SUSTAINED IN PART | ☐ GRANTED IN PART | |
| ☐ NOT SUSTAINED | ☐ DENIED | |
| ☐ INCONCLUSIVE | ☐ RELIEF UNAVAILABLE | Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS). |

Inmate was notified of disposition/status/modification by: _____ (Supervisor), on _____ (Date/Time).

| Supervising Nurse Receiving Grievance | Employee # | Date and Time of Review |
|---|---|---|
| | | TIME STAMP HERE |

*(left margin, vertical)* EMERGENCY GRIEVANCES ONLY

**FRONT PART 2 (YELLOW COPY)**

SH-J-420 Rev. 05/16    White – Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

**IF YOUR GRIEVANCE WAS NOT HANDLED AS AN EMERGENCY, PLEASE NOTE:** An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. Grievances submitted as an emergency which are later modified by the Department to be handled as a non-emergency, will be responded to within 15 days, in keeping with the time frames established for general grievances, and are not subject to appeal until a final disposition has been provided.

INMATE EMERGENCY APPEAL FORM – LEVEL 1
(FOR EMERGENCY APPEALS ONLY)

## Instructions:

**IF YOUR GRIEVANCE WAS HANDLED AS AN EMERGENCY AND YOU WOULD LIKE TO APPEAL THE DISPOSITION RENDERED, PLEASE NOTE:** Fill out the portion below.  Provide as much detail as possible to describe why you are appealing the disposition on your emergency grievance.  Once completed, cut along the line below and submit the top portion of this form.  As an inmate within the Los Angeles County Jail system, you have only **2** calendar days from the time you received the results of your emergency grievance to submit an appeal.

| INMATE NAME | BOOKING # | FACILITY | HOUSING LOC. | DATE | REFERENCE # |
|---|---|---|---|---|---|
| | | | | | |

| INMATE'S SIGNATURE: | DATE: |
|---|---|
| | |

Your emergency appeal is ☐ upheld ☐ denied

*Actions taken and/or reason for denial:

_____

_____

_____

| Date and Time of Collection: |
|---|
| TIME STAMP HERE |

*Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

| UNIT COMMANDER (OR DESIGNEE) | DATE |
|---|---|
| | |

Inmate was provided a copy of this completed form by: _____ (Supervisor), on _____ (Date/Time).

- - - - - - - - CUT HERE - - - - - - - -

## RETAIN THIS SECTION FOR YOUR RECORD

*These are your rights in regards to the emergency appeal process:*

- *You must submit an appeal within **2** calendar days of receiving the response to your emergency grievance.*
- *Your appeal will be denied if you do not submit it within **2** calendar days.*
- *Your emergency appeal should be submitted on this form, with all sections completely filled out.*
- *If you are unable to fill out this form, notify custody personnel who will assist you in completing the form.*
- *You will be advised in writing by a supervisor of the result of your emergency appeal within **5** calendar days of your emergency appeal submission.*

**FILL OUT THE BELOW SECTION AND KEEP FOR YOUR RECORDS**

| INSERT **REFERENCE NUMBER** FROM THE FRONT OF THE FORM HERE: | DATE: |
|---|---|
| | |

**BACK PART 2 (YELLOW COPY)**
**(EMERGENCY APPEAL FORM – LEVEL 1)**

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

☐ YES*  ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**Only one grievance per form.**
Solamente una queja por forma.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| N LuBEE~L | 5501383 | N.C.C.F | 726 7b | 3-1-1-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☒ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

Yesterday & today, I tried to explain to the pill CNI lady that the doctor said I could give my form to her & He would get it. "Stop lying because I don't work for them." *If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone ( ) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

---------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White – Facility        Yellow – Inmate copy at time of disposition for an emergency grievance        Pink – Inmate copy at time of submission

### Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

### General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

### Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

### Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

### Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

### Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

☑ Yes    ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Mulberry | 5501323 | NCCF | 727 | 4-9-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

**GENERAL SERVICES**
☐ Living conditions  ☐ Classification
☐ Food  ☐ Telephone
☐ Showers  ☐ Visiting
☐ Property
☐ Mail
☐ Commissary/Account Balance
☐ Clothing/Linen/Bedding
☐ Educational/Vocational Programs
☐ Other (explain below)

**MEDICAL/MENTAL**
☑ Medical Services (Place in envelope)
☐ Mental Health (Place in envelope)
☐ Dental (Place in envelope)
☐ Americans with Disabilities Act (ADA)
☐ Other (explain below)

**STAFF**
☐ Custody Personnel
☐ Medical Staff
☐ Mental Health Staff
☐ Other (explain below)
*Optional (check only if applicable):*
☐ Use of force
☐ Retaliation
☐ Harassment
☐ Racial or identity profiling
Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**
DATE, TIME, DAY OF OCCURRENCE     FACILITY OF OCCURRENCE     LOCATION OF OCCURRENCE

I have severe liver damage & inflamation. I've sought treatment for 4 months and my skin is worse and excrement infec.

INMATE NAME:

*If needed, additional space is provided on the back of this page.*
☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

Attention: Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
**(800) 801 – 0030**
**National Sexual Assault Hotline**
**(800) 656 -4673**

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

| | | | |
|---|---|---|---|
| • Race or ethnicity | • Gender | • Age | • Sexual orientation |
| • Nationality | • Gender expression | • Religion | • Mental or physical disability |

**BACK PART 3 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| | |
|---|---|
| **Is this grievance an emergency?**<br>¿Es ésta queja una emergencia? | |

YES / NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOC.<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|
| NEWBERRY | 5501303 | NCCF | 727 | 6-17-11 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification<br>☐ Food  ☐ Telephone<br>☐ Showers  ☐ Visiting<br>☐ Property<br>☐ Mail<br>☐ Commissary/Account Balance<br>☐ Clothing/Linen/Bedding<br>☐ Educational/Vocational Programs<br>☐ Other (explain below) | ☑ Medical Services (Place in envelope)<br>☐ Mental Health (Place in envelope)<br>☐ Dental (Place in envelope)<br>☐ Americans with Disabilities Act (ADA)<br>☐ Other (explain below) | ☐ Custody Personnel<br>☑ Medical Staff<br>☐ Mental Health Staff<br>☐ Other (explain below)<br>*Optional (check only if applicable):*<br>☐ Use of force<br>☐ Retaliation<br>☐ Harassment<br>☐ Racial or identity profiling<br>Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

EXTREME HERNIA PROBLEMS / I'VE ALSO DE-
VELOPED A FLESH EATING BACTERIA ALL OVER
MY BODY & ITS SPREADING.

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------------------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.  You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form.  In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669   Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

| Is this grievance an emergency?<br>¿Es ésta queja una emergencia?<br><br>[ ] YES   [NO]<br><br>If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.<br><br>Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato. | **COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**<br>## INMATE GRIEVANCE FORM<br>**See the back copy for instructions.**<br>All grievances must be filed within 15 calendar days.<br>Grievances will be responded to within 15 days.<br>Appeals must be filed within 15 calendar days.<br><br>**Only one grievance per form.**<br>Solamente una queja por forma. |

| | NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOC.<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|---|
| **REFERENCE NUMBER:** | Robert Mayberry | 5501383 | NCCF | 727 | 5-1-19 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions   [ ] Classification<br>[ ] Food   [ ] Telephone<br>[ ] Showers   [ ] Visiting<br>[ ] Property<br>[ ] Mail<br>[ ] Commissary/Account Balance<br>[ ] Clothing/Linen/Bedding<br>[ ] Educational/Vocational Programs<br>[ ] Other (explain below) | [X] Medical Services (Place in envelope)<br>[ ] Mental Health (Place in envelope)<br>[ ] Dental (Place in envelope)<br>[ ] Americans with Disabilities Act (ADA)<br>[ ] Other (explain below) | [ ] Custody Personnel<br>[X] Medical Staff<br>[ ] Mental Health Staff<br>[ ] Other (explain below)<br>*Optional (check only if applicable):*<br>   [ ] Use of force<br>   [ ] Retaliation<br>   [ ] Harassment<br>   [ ] Racial or identity profiling<br>   Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

I've requested Medical Attention for over 5 months (Hernia & liver). Staff Member, Mrs. Balaboo of Medical Services was Extreme-ly out of context & unprofess- *If needed, additional space is provided on the back of this page.*

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

**INMATE NAME:**

-------------------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669  Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES☒   NO☐

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 721 | 6-4-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☒ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

(SECOND REQUEST) MY HERNIA BELT BROKE 6 MY HERNIA IS PROTRUDING — MUCH PAIN!

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

INMATE NAME:

-------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16   White - Facility   Yellow – Inmate copy at time of disposition for an emergency grievance   Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

## BACK PART 3 (PINK COPY)

| Is this grievance an emergency? ¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|
| **YES\*** ☐  **NO** ☐ | **INMATE GRIEVANCE FORM** |
| If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately. | See the back copy for instructions. |
| | All grievances must be filed within 15 calendar days. |
| | Grievances will be responded to within 15 days. |
| | Appeals must be filed within 15 calendar days. |
| Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato. | **Only one grievance per form.** |
| | Solamente una queja por forma. |

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 727 116 | 3-21-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☑ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

3 1/2 months live with an excruciating hernia
while in this facility. Now its affecting my
feet a lot times can't walk. The pain is un-
describable. Need emediate help.

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.

☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
**(800) 801 – 0030**
**National Sexual Assault Hotline**
**(800) 656 -4673**

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

## BACK PART 3 (PINK COPY)

SH-J-420 Rev. 05/16     White - Facility          Yellow – Inmate copy at time of disposition for an emergency grievance          Pink – Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[crossed out box]   NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 727 | 6-5-19 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification<br>☐ Food  ☐ Telephone<br>☐ Showers  ☐ Visiting<br>☐ Property<br>☐ Mail<br>☐ Commissary/Account Balance<br>☐ Clothing/Linen/Bedding<br>☐ Educational/Vocational Programs<br>☐ Other (explain below) | ☑ Medical Services (Place in envelope)<br>☐ Mental Health (Place in envelope)<br>☐ Dental (Place in envelope)<br>☐ Americans with Disabilities Act (ADA)<br>☐ Other (explain below) | ☐ Custody Personnel<br>☐ Medical Staff<br>☐ Mental Health Staff<br>☐ Other (explain below)<br>*Optional (check only if applicable):*<br>  ☐ Use of force<br>  ☐ Retaliation<br>  ☐ Harassment<br>  ☐ Racial or identity profiling<br>  Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

DATE, TIME, DAY OF OCCURRENCE          FACILITY OF OCCURRENCE          LOCATION OF OCCURRENCE

III REQUEST, MY HERNIA IS KILLING ME. NEED ATTENTION.

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone ( )

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16    White – Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM

Only one request per form.
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 727 BED 11B | 6-20-19 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| | ☐ Voting information | ☐ Drug/alcohol treatment | |
| | ☒ Information about my mail | ☐ To be an inmate worker | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Food information |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | ☐ Other (explain below) |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) |
|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | |
| ☐ Release date | | ☐ Telephone PIN | |
| ☐ SP status | | ☐ Library time | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: | |

*These requests may be handled by the housing officer.*

WE DON'T TRACK YOUR Personal

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

"INMATE SERVICES"

I SENT 2 LETTERS OUT TODAY THAT
WERE "LEGAL MAIL". CAN YOU PLEASE TELL ME
WHICH ONE'S SO I CAN KNOW THAT I DID NOT
SEND THE WRONG LETTERS. THANK YOU

---

------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| Sgt. J. DeYoung #295010 | | TIME STAMP HERE JUN 20 2019 15:41 |

**FRONT PART 1 (GREEN COPY)**

**BRIEF SUMMARY OF ACTIONS TAKEN (REGARDING ADA REQUESTS):**

| APPROVED BY WATCH COMMANDER | DATE |
|---|---|
|  |  |

- WE DON'T TRACK YOUR REVIEW
                                    JAM

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 NCCF | 727 | 6-28-19 |

### I AM REQUESTING (only one request per form):

**TO SPEAK WITH**
- [ ] VA Representative
- [ ] Chaplain
- Religion: _____
- [ ] Americans with Disabilities Act (ADA) Coordinator
- [ ] Other (explain below)

**LOGISTICAL**
- [ ] Personal care items
- [ ] Legal forms
- [ ] Voting information
- [x] Information about my mail
- [ ] Commissary/vending
- [ ] A haircut
- [ ] To be rehoused or reclassified
- [ ] Other (explain below)

**INMATE OPPORTUNITIES**
- [ ] Educational classes
- [ ] Special Education - IEP
- [ ] Drug/alcohol treatment
- [ ] To be an Inmate Worker
- [ ] Fire Camp information
- [ ] Supervised release (i.e. ankle monitor, house arrest)
- [ ] Community Transition Unit (Re-entry services)
- [ ] Other (explain below)

**OTHER**
- [ ] A credit calculation
- [ ] To make a positive comment about an employee
- [ ] Food information
- [ ] Other (explain below)

**LEGAL INFORMATION** *(response)*
- [ ] Next court date
- [ ] Release date
- [ ] SP status
- [ ] Charge(s)
- [ ] Hold(s)/Warrant(s)
- [ ] Addresses for: Court/Parole/Probation

**OTHER** *(response)*
- [ ] Account balance
- [ ] Telephone PIN
- [ ] Library time
- [ ] Shoes/Mattress/Linen
- [ ] A "hygiene kit"
- [ ] Other: _____

*These requests may be handled by the housing officer.*

**PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:**

ON 6-27-19 (YESTERDAY), THE INMATE SERVICES, SENIOR DEPUTY, MR. CRAWFORD WENT OVER TWO GRIEVANCES & I NEED THE COPY THAT HE WROTE THE RESOLUTION ON (CONCERNING MAIL)

------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16    Green – Facility    Pink –Inmate copy at time of submission

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16                    Green – Facility                    Pink –Inmate copy at time of submission

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES ☑   ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME | BOOKING NUMBER | FACILITY | HOUSING LOC. | DATE |
|------|----------------|----------|--------------|------|
| NOMBRE | SU NÚMERO DE PRESO | FACILIDAD | LUGAR DE VIVIENDA | FECHA |
| r. McCrery | 5501353 | NCCF | 727 | 6-25-1 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|------------------|----------------|-------|
| ☐ Living conditions  ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act | ☐ Other (explain below) |
| ☑ Mail | (ADA) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | ☐ Other (explain below) | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

I accidentally picked up the wrong mail
it inmate services unit before to a senior
deputy. Cancer...fer...en soon...l...(osta)
grievance form...why I spent...(m)...

*If needed, additional space is provided on the back of this page.*

**INMATE NAME:**

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

-------------------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669   Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NUMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 727 | 6-22-19 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☑ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

INMATE SERVICE'S

I would like to request a copy of my
legal mail "outgoing" for the past
30 days - "court purposes" - from the
legal law entry book

------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MYBERRY | 5501383 | NCCF | 727 BED 118 | 6-20-19 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☒ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

"INMATE SERVICES"

I SENT 2 letters out today that were "legal Mail" can you please tell me which one's so I can know that I did not send the wrong letters." THANK YOU

----------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -----------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500     TTY: (323) 267-6669     Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
**Solamente una solicitud por forma.**

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | NCCF | 727 | 6-21-19 |

### I AM REQUESTING *(only one request per form):*

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain Religion: _____ | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| | ☐ Voting information | ☐ Drug/alcohol treatment | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☒ Information about my mail | ☐ To be an Inmate Worker | ☐ Food information |
| | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Other (explain below) |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | |
| ☐ Other (explain below) | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| | ☐ Other (explain below) | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: _____ | | |

**INMATE NAME:**

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

"INMATE SERVICES"

I would like to request the legal mail that I have sent from this institution in the past 30 days (the dates & places). I understand that inmate services has a legal mail log. Thank you — its for trial purposes —

------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16                Green – Facility                Pink –Inmate copy at time of submission

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500     TTY: (323) 267-6669     Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NUMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | 726 | N.C.C.F. | 3-10-19 |

**I AM REQUESTING *(only one request per form)*:**

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☒ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☐ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | *(response)* | OTHER | *(response)* | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other:_____ | | |

**PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:**

I would like to request a visit to inmate services. I request legal information and forms, and a chance to view the penal code to better understand my charges.~

THANK YOU

---

**FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE**

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

## INMATE REQUEST FORM

**Only one request per form.**
Solamente una solicitud por forma.

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

REFERENCE NUMBER:

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Maulberry | 5501383 | N.C.C.F | 727 | 5-28-19 |

### I AM REQUESTING *(only one request per form)*:

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative<br>☐ Chaplain<br>Religion:<br>_____<br>☐ Americans with Disabilities Act (ADA) Coordinator<br>☐ Other (explain below) | ☐ Personal care items<br>☐ Legal forms<br>☐ Voting information<br>☒ Information about my mail<br>☐ Commissary/vending<br>☐ A haircut<br>☐ To be rehoused or reclassified<br>☐ Other (explain below) | ☐ Educational classes<br>☐ Special Education - IEP<br>☐ Drug/alcohol treatment<br>☐ To be an Inmate Worker<br>☐ Fire Camp information<br>☐ Supervised release (i.e. ankle monitor, house arrest)<br>☐ Community Transition Unit (Re-entry services)<br>☐ Other (explain below) | ☐ A credit calculation<br>☐ To make a positive comment about an employee<br>☐ Food information<br>☐ Other (explain below) |

| LEGAL INFORMATION | *(response)* | OTHER | *(response)* |
|---|---|---|---|
| ☐ Next court date<br>☐ Release date<br>☐ SP status<br>☐ Charge(s)<br>☐ Hold(s)/Warrant(s)<br>☐ Addresses for: Court/Parole/Probation | | ☐ Account balance<br>☐ Telephone PIN<br>☐ Library time<br>☐ Shoes/Mattress/Linen<br>☐ A "hygiene kit"<br>☐ Other:_____ | These requests may be handled by the housing officer. |

INMATE NAME:

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

The mail has been sitting at the podium for III days, and every single deputy who asked states "Its not my job." Legal mail in & personal effects. Birthday, anniversary cards are no longer good. The mail has been jeopardized & continue to be!!

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
¿Es ésta queja una emergencia?

YES*    NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Best n W Bra | 55C1323 | N.C.C.c | 726 70 | 3-16-17 |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

### GENERAL SERVICES
- ☐ Living conditions
- ☐ Food
- ☐ Showers
- ☐ Property
- ☐ Mail
- ☐ Commissary/Account Balance
- ☐ Clothing/Linen/Bedding
- ☐ Educational/Vocational Programs
- ☐ Other (explain below)
- ☐ Classification
- ☐ Telephone
- ☐ Visiting

### MEDICAL/MENTAL
- ☐ Medical Services (Place in envelope)
- ☐ Mental Health (Place in envelope)
- ☐ Dental (Place in envelope)
- ☐ Americans with Disabilities Act (ADA)
- ☑ Other (explain below) ✶

### STAFF
- ☐ Custody Personnel
- ☐ Medical Staff
- ☐ Mental Health Staff
- ☐ Other (explain below)

*Optional (check only if applicable):*
- ☐ Use of force
- ☐ Retaliation
- ☐ Harassment
- ☐ Racial or identity profiling

Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information)

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

I need these to law library. Law materials.

Inmate services: Penal Code: Nutritions; etc.

*If needed, additional space is provided on the back of this page.*

- ☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
- ☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
  Mailing address _____ City _____ State _____ ZIP _____ Phone ( ) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16    White - Facility    Yellow – Inmate copy at time of disposition for an emergency grievance    Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE REQUEST FORM

**Only one request per form.**
**Solamente una solicitud por forma.**

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Mayberry | 5501383 | 727 | N.C.C.F. | 5-23-19 |

### I AM REQUESTING *(only one request per form)*:

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
|    Religion: | ☐ Voting information | ☐ Drug/alcohol treatment |    comment about an |
|    _____ | ☒ Information about | ☐ To be an Inmate Worker |    employee |
| ☐ Americans with |    my mail | ☐ Fire Camp information | ☐ Food information |
|    Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
|    (ADA) Coordinator | ☐ A haircut |    (i.e. ankle monitor, |    (explain below) |
| | ☐ To be rehoused or |    house arrest) | |
| ☐ Other |    reclassified | ☐ Community Transition Unit | |
|    (explain below) | ☐ Other (explain below) |    (Re-entry services) | |
| | | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | *(response)* | OTHER | *(response)* | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: | | ☐ Other:_____ | | |
|    Court/Parole/Probation | | | | |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

THE procedures with the mail in dorm 727 has become so haphazard that the deputies have adopted the attitude that mail is a "privilege" and inmates feel threaten to even ask for their mail. I would like to exhaust administrative remedies, & seek federal relief/habeas corpus

------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

Green – Facility

Pink –Inmate copy at time of submission

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500     TTY: (323) 267-6669     Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
*Solamente una solicitud por forma.*

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
*Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

**REFERENCE NUMBER:**

| NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOCATION<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|
| ROBERT<br>MAYBERRY | 5501383 | | 726 76 | |

### I AM REQUESTING *(only one request per form)*:

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative<br>☐ Chaplain<br>   Religion:<br>   _____<br>☐ Americans with<br>   Disabilities Act<br>   (ADA) Coordinator<br>☐ Other<br>   (explain below) | ☐ Personal care items<br>☐ Legal forms<br>☐ Voting information<br>☐ Information about<br>   my mail<br>☐ Commissary/vending<br>☐ A haircut<br>☐ To be rehoused or<br>   reclassified<br>☐ Other (explain below) | ☐ Educational classes<br>☐ Special Education - IEP<br>☐ Drug/alcohol treatment<br>☐ To be an Inmate Worker<br>☐ Fire Camp information<br>☐ Supervised release<br>   (i.e. ankle monitor,<br>   house arrest)<br>☐ Community Transition Unit<br>   (Re-entry services)<br>☐ Other (explain below) | ☐ A credit calculation<br>☐ To make a positive<br>   comment about an<br>   employee<br>☐ Food information<br>☐ Other<br>   (explain below) |

**INMATE NAME:**

| LEGAL INFORMATION | *(response)* | OTHER | *(response)* | |
|---|---|---|---|---|
| ☐ Next court date<br>☐ Release date<br>☐ SP status<br>☐ Charge(s)<br>☐ Hold(s)/Warrant(s)<br>☐ Addresses for:<br>   Court/Parole/Probation | | ☐ Account balance<br>☐ Telephone PIN<br>☐ Library time<br>☐ Shoes/Mattress/Linen<br>☐ A "hygiene kit"<br>☐ Other:_____ | | These requests may be handled by the housing officer. |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

LAW BOOKS

INMATE SERVICES

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
**Solamente una solicitud por forma.**

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOCATION LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert Mulberry | 5501383 | N.C.C.F | 726 Bed 7B | 3-16-19 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☒ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: _____ | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| | ☐ Information about | ☐ To be an Inmate Worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for: | | ☐ Other:_____ | | |
| Court/Parole/Probation | | | | |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

A copy of Penal code § 1385

Penal code § 995

Copy of Probable Cause Determination sheet
(McLaughlin vs Riverside)

Probable Cause for Search & Arrest warrant

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

SH-J-437 Rev. 05/16       Green – Facility       Pink –Inmate copy at time of submission

## Emergency Request

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

- Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.
- You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.
- The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.
- Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.
- If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.
- Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

- The request must contain your name, booking number, housing location.
- Include a brief description of what you are requesting.
- Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).
- Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500    TTY: (323) 267-6669    Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.
- Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.
- Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

| Is this grievance an emergency? ¿Es ésta queja una emergencia? |
|---|
| YES*      NO* CAN BE |

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| Robert MW (Derry) | 5501383 | N.C.C.F. | 726 7b | 3-12-19 |

**REFERENCE NUMBER:**

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions   ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food   ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers   ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☑ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

I've made attempts but failed to gain access to any law material (Penal code, Notations, documents, etc.) I need assistance with law materials - Telanks

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

**INMATE NAME:**

------------------------------ FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**
SH-J-420 Rev. 05/16   White - Facility   Yellow – Inmate copy at time of disposition for an emergency grievance   Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
Solamente una solicitud por forma.

727   113

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety,
notify custody personnel immediately.

Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOCATION<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | N.C.C.S | 726 78 | 3-14-19 |

### I AM REQUESTING (only one request per form):

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☑ Legal forms | ☐ Special Education - IEP | ☐ To make a positive |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | comment about an |
| _____ | ☐ Information about | ☐ To be an inmate worker | employee |
| ☐ Americans with | my mail | ☐ Fire Camp information | ☐ Food information |
| Disabilities Act | ☐ Commissary/vending | ☐ Supervised release | ☐ Other |
| (ADA) Coordinator | ☐ A haircut | (i.e. ankle monitor, | (explain below) |
| | ☐ To be rehoused or | house arrest) | |
| ☐ Other | reclassified | ☐ Community Transition Unit | |
| (explain below) | ☐ Other (explain below) | (Re-entry services) | |
| | | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | | These requests may be handled by the housing officer. |
| ☐ Release date | | ☐ Telephone PIN | | |
| ☐ SP status | | ☐ Library time | | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | | |
| ☐ Addresses for:<br>Court/Parole/Probation | | ☐ Other:_____ | | |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

I would like to see the law library for
legal forms: Penal Code: Points & Authori-
ties: Amendments, ect.

This facility does not have a
law library.                              Thank you

----- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE -----

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| SGT. DOTY | 470645 | MAR 15 2019 02:53 |

### FRONT PART 1 (GREEN COPY)

**BRIEF SUMMARY OF ACTIONS TAKEN (REGARDING ADA REQUESTS):**

| APPROVED BY WATCH COMMANDER | DATE |
|---|---|

**BACK PART 1 (GREEN COPY)**

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**
**INMATE REQUEST FORM**
Only one request per form
Solamente una solicitud por forma

*I AM COPY* (watermark)

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| Robert Maloeffy | 5501383 | N.C.C.F | 926 To | 3-16-19 |

**I AM REQUESTING (only one request per form):**

REFERENCE NUMBER / INMATE NAME (left margin)

**TO SPEAK WITH:** VA Representative, Chaplain Religion:, Americans with Disabilities Act (ADA) Coordinator, Other (explain below)

**LOGISTICAL:** Personal care items, ☒ Legal forms, Voting information, Information about my mail, Commissary/vending, A haircut, To be housed or reclassified, Other (explain below)

**INMATE OPPORTUNITIES:** Educational classes, Special Education - IEP, Drug/alcohol treatment, To be an inmate worker, Fire Camp information, Supervised release, ... Community Transition Unit (Re-entry services), Other (explain below)

**OTHER:** A credit calculation, To make a positive comment about an employee, Food information, Other (explain below)

**LEGAL INFORMATION** *(response)*: Next court date, Release date, SP status, Charge(s), Hold(s)/Warrant(s), Addresses for: Court/Parole/Probation

**COMPUTER:** Account balance, Telephone PIN, Library time, Shoes/Mattress/Linen, A "hygiene" ... Other

*(response)* — These requests may be handled by the housing officer.

(Watermarks across: "NCCF DOES NOT HAVE A LAW LIBRARY")

**PLEASE EXPLAIN THE DETAIL OF YOUR REQUEST:**

I need law material. Law library. Motions. Penal code. I need information concerning my alleged case & legal material would help greatly. Thank you.

---------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| Sgt. Soderlund, C. #535071 | | TIME STAMP HERE  MAR 17 2019 21:05 |

**FRONT PART 1 (GREEN COPY)**

SH-J-437 Rev. 05/16        Green – Facility        Pink –Inmate copy at time of submission

**BRIEF SUMMARY OF ACTIONS TAKEN (REGARDING ADA REQUESTS):**



| APPROVED BY WATCH COMMANDER | DATE |
|---|---|



**BACK PART 1 (GREEN COPY)**

Green – Facility    Pink –Inmate copy at time of submission

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
*Solamente una queja por forma.*

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

[ ] (crossed out)     [ ] NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

*Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

**REFERENCE NUMBER:**

| NAME NOMBRE | BOOKING NUMBER SU NÚMERO DE PRESO | FACILITY FACILIDAD | HOUSING LOC. LUGAR DE VIVIENDA | DATE FECHA |
|---|---|---|---|---|
| | | | | |

## I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| [ ] Living conditions   [ ] Classification | [ ] Medical Services (Place in envelope) | [ ] Custody Personnel |
| [ ] Food   [ ] Telephone | [ ] Mental Health (Place in envelope) | [ ] Medical Staff |
| [ ] Showers   [ ] Visiting | [ ] Dental (Place in envelope) | [ ] Mental Health Staff |
| [ ] Property | [ ] Americans with Disabilities Act (ADA) | [ ] Other (explain below) |
| [x] Mail | [ ] Other (explain below) | *Optional (check only if applicable):* |
| [ ] Commissary/Account Balance | | [ ] Use of force |
| [ ] Clothing/Linen/Bedding | | [ ] Retaliation |
| [ ] Educational/Vocational Programs | | [ ] Harassment |
| [ ] Other (explain below) | | [ ] Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

## PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

On the Above stated date: Appro. 5:50 A.M.
This inmate Asked the on coming deputy would
the mail be going out. He stated. "for what!"

*If needed, additional space is provided on the back of this page.*

**INMATE NAME:**

[ ] In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
[ ] In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___)_____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X

-------------------------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** --------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

**FRONT PART 3 (PINK COPY)**

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE REQUEST FORM
**Only one request per form.**
*Solamente una solicitud por forma.*

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.
*Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

**REFERENCE NUMBER:**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOCATION / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ROBERT MAYBERRY | 5501383 | xccf | 727 | 6-22-19 |

**I AM REQUESTING (only one request per form):**

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative | ☐ Personal care items | ☐ Educational classes | ☐ A credit calculation |
| ☐ Chaplain | ☐ Legal forms | ☐ Special Education - IEP | ☐ To make a positive comment about an employee |
| Religion: | ☐ Voting information | ☐ Drug/alcohol treatment | |
| | ☒ Information about my mail | ☐ To be an inmate worker | |
| ☐ Americans with Disabilities Act (ADA) Coordinator | ☐ Commissary/vending | ☐ Fire Camp information | ☐ Food information |
| | ☐ A haircut | ☐ Supervised release (i.e. ankle monitor, house arrest) | ☐ Other (explain below) |
| | ☐ To be rehoused or reclassified | ☐ Community Transition Unit (Re-entry services) | |
| ☐ Other (explain below) | ☐ Other (explain below) | ☐ Other (explain below) | |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) |
|---|---|---|---|
| ☐ Next court date | | ☐ Account balance | |
| ☐ Release date | | ☐ Telephone PIN | |
| ☐ SP status | | ☐ Library time | |
| ☐ Charge(s) | | ☐ Shoes/Mattress/Linen | |
| ☐ Hold(s)/Warrant(s) | | ☐ A "hygiene kit" | |
| ☐ Addresses for: Court/Parole/Probation | | ☐ Other: | |

*These requests may be handled by the housing officer.*

**PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:**

INMATE SERVICES

I would like to request a copy of my
legal mail "outgoing" for the past
30 days - "court purposes" - from the
legal law entry book

---------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| Sgt. J. DeYoung #295010 | | TIME STAMP HERE |

JUN 22 2019 16:13

**FRONT PART 1 (GREEN COPY)**

few

**BRIEF SUMMARY OF ACTIONS TAKEN (REGARDING ADA REQUESTS):**

**BACK PART 1 (GREEN COPY)**

SH-J-437 Rev. 05/16          Green – Facility          Pink –Inmate copy at time of submission

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

# INMATE GRIEVANCE FORM

**See the back copy for instructions.**
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

**Is this grievance an emergency?**
**¿Es ésta queja una emergencia?**

YES    NO

If this is a medical or mental health emergency or you are
aware of a specific and immediate threat to your
life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene
conocimiento de una amenaza específica e inmediata contra su
vida/seguridad, notifique a un alguacil de inmediato.

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| ~~PETER~~ ~~N. MAYBERRY~~ | 5501383 | N.C.C.F | 727 11b | 4-11-17 |

REFERENCE NUMBER:

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions  ☐ Classification | ☒ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food  ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers  ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

THIS INMATE HAS REQUESTED MEDICAL EMERGENCY
TREATMENT FOR HERNIA & LIVER PROBLEM. THIS
ENTIRE YEAR. COURT ORDERS & A.C.L.U REQUEST'S
MEMO NOTHING TO THIS ADMIN!

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X

INMATE NAME:

-------------------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY: (323) 267-6669   Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
**(800) 801 – 0030**
**National Sexual Assault Hotline**
**(800) 656 -4673**

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

| Is this grievance an emergency?<br>¿Es ésta queja una emergencia? | COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT |
|---|---|

**COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT**

## INMATE GRIEVANCE FORM

See the back copy for instructions.
All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
Solamente una queja por forma.

☐ YES   ☒ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

**REFERENCE NUMBER:**

| NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOC.<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|
| ROBERT<br>MAYBERRY | 5501383 | N.C.C.F | 727 | 6-23-1 |

### I HAVE A GRIEVANCE ABOUT THE FOLLOWING:

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification<br>☐ Food ☐ Telephone<br>☐ Showers ☐ Visiting<br>☐ Property<br>☒ Mail<br>☐ Commissary/Account Balance<br>☐ Clothing/Linen/Bedding<br>☐ Educational/Vocational Programs<br>☐ Other (explain below) | ☐ Medical Services (Place in envelope)<br>☐ Mental Health (Place in envelope)<br>☐ Dental (Place in envelope)<br>☐ Americans with Disabilities Act (ADA)<br>☐ Other (explain below) | ☐ Custody Personnel<br>☐ Medical Staff<br>☐ Mental Health Staff<br>☐ Other (explain below)<br>*Optional (check only if applicable):*<br>☐ Use of force<br>☐ Retaliation<br>☐ Harassment<br>☐ Racial or identity profiling<br>Specify the type(s) in your explanation.<br>(please refer to the reverse side of the pink copy for more information) |

### PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|

This inmate filed a request form to inmate services
for documentation of outgoing legal mail from
the legal log entry book to what present time
statutes, and limitations → *If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address _____ City _____ State _____ ZIP _____ Phone (___) _____

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**INMATE NAME:**

Inmate's Signature
X

-------------------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------------------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).
**FRONT PART 3 (PINK COPY)**

SH-J-420 Rev. 05/16     White - Facility     Yellow – Inmate copy at time of disposition for an emergency grievance     Pink – Inmate copy at time of submission

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500   TTY:  (323) 267-6669   Email:  adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Gender
- Age
- Sexual orientation
- Nationality
- Gender expression
- Religion
- Mental or physical disability

**BACK PART 3 (PINK COPY)**

## COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
# INMATE REQUEST FORM
**Only one request per form.**
*Solamente una solicitud por forma.*

If this is a medical or mental health-related emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

*Si ésta es una emergencia médica o tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.*

**REFERENCE NUMBER:**

| NAME<br>NOMBRE | BOOKING NUMBER<br>SU NÚMERO DE PRESO | FACILITY<br>FACILIDAD | HOUSING LOCATION<br>LUGAR DE VIVIENDA | DATE<br>FECHA |
|---|---|---|---|---|
| ROBERT<br>M. BERR | 5501383 | N.C.C.C 726 | bed 78 | 3-14-19 |

### I AM REQUESTING *(only one request per form)*:

| TO SPEAK WITH | LOGISTICAL | INMATE OPPORTUNITIES | OTHER |
|---|---|---|---|
| ☐ VA Representative<br>☐ Chaplain<br>   Religion:<br><br>☐ Americans with<br>   Disabilities Act<br>   (ADA) Coordinator<br><br>☐ Other<br>   (explain below) | ☐ Personal care items<br>☒ Legal forms<br>☐ Voting information<br>☐ Information about<br>   my mail<br>☐ Commissary/vending<br>☐ A haircut<br>☐ To be rehoused or<br>   reclassified<br>☐ Other (explain below) | ☐ Educational classes<br>☐ Special Education - IEP<br>☐ Drug/alcohol treatment<br>☐ To be an Inmate Worker<br>☐ Fire Camp information<br>☐ Supervised release<br>   (i.e. ankle monitor,<br>   house arrest)<br>☐ Community Transition Unit<br>   (Re-entry services)<br>☐ Other (explain below) | ☐ A credit calculation<br>☐ To make a positive<br>   comment about an<br>   employee<br>☐ Food information<br>☐ Other<br>   (explain below) |

**INMATE NAME:**

| LEGAL INFORMATION | (response) | OTHER | (response) | |
|---|---|---|---|---|
| ☐ Next court date<br>☐ Release date<br>☐ SP status<br>☐ Charge(s)<br>☐ Hold(s)/Warrant(s)<br>☐ Addresses for:<br>   Court/Parole/Probation | | ☐ Account balance<br>☐ Telephone PIN<br>☐ Library time<br>☐ Shoes/Mattress/Linen<br>☐ A "hygiene kit"<br>☐ Other:_____ | | These requests may be handled by the housing officer. |

### PLEASE EXPLAIN THE DETAILS OF YOUR REQUEST:

I would like to see the law library for
legal forms: Penal Code: Points & Authori-
ties: Amendments, ect.


Thank you

---

-------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE --------

| Employee Receiving Request | Employee # | Date and Time of Collection and Review |
|---|---|---|
| | | TIME STAMP HERE |

**FRONT PART 2 (PINK COPY)**

Green – Facility                    Pink –Inmate copy at time of submission

Emergency Request

• If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately.

## Inmate Requests

As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a request for any available service or information while in confinement.

• Your request may be conveyed verbally to custody staff, or by completing and submitting an Inmate Request Form.

• You may obtain an Inmate Request Form from your housing location or notify a staff member to obtain one for you.

• The Inmate Request Form is not meant to discuss issues at length, nor is it to be utilized by inmates for resolution of grievances against staff. These types of concerns are to be submitted on an Inmate Grievance Form.

• Please allow 15 days for a resolution of your request. Depending on the volume of requests received by units such as the Community Transition Unit (CTU), Community-Based Alternatives to Custody (CBAC), Prisoner Personnel Office (PPO), and Education Based Incarceration (EBI), a response may not always be provided. A non-response does not indicate a denial of your request.

• If you are dissatisfied with a response to an Inmate Request, you may submit an Inmate Grievance Form to seek a resolution.

• Inmate requests cannot be appealed.

## Americans with Disabilities Act (ADA) – Request/Grievance Procedure

• The request must contain your name, booking number, housing location.

• Include a brief description of what you are requesting.

• Indicate the actions you are requesting for the Department to take to correct the alleged violation(s).

• Requests should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883**
**Los Angeles, CA 90012**
**Phone: (213) 893-5500     TTY: (323) 267-6669     Email: adacompcus@lasd.org**

• You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the request.

• Using this informal request procedure is not a requirement under federal regulations, nor does it prevent you from filing a request with the appropriate federal enforcement agency.

• Alternatively, ADA grievances may be submitted on the Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420).

## Medical or Mental Health Concerns

• If you feel you need to see a Mental Health worker, please contact any staff member right away.

• You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form (SH-J-420) into a white envelope available in your housing area.

**BACK PART 2 (PINK COPY)**



LEGAL MAIL

MR. ROBERT R. WALBERRY B58870
BOX A000 Vacaville, Calif. 95696
SOLANO III (ARC) BI2 IIIL

California State Prison Solano

JDE

UNITED STATES DISTRICT COURT
CENTRAL District of California

Office of the CLERK

411 WEST FOURTH Street, Suite 1053
Santa Ana, Calif. 92701-4516

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 21 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Feb 18, 2020

LEGAL MAIL

c/o Kinrapun
2/18/2020

LEGAL MAIL