UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT K. MAYBERRY,<br><br>                     Plaintiff,<br><br>              v.<br><br>SHERIFF ALEX VILLANUEVA, et al.,<br><br>                     Defendants. | Case No. 2:20-cv-00224-JLS-JDE<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO COMPLY WITH LOCAL RULE 41-6 |

On January 8, 2020, the Los Angeles Sheriff's Department ("LASD") filed a Notice of Removal to remove a civil action filed in Los Angeles Superior Court by Plaintiff Robert K. Mayberry ("Plaintiff") on October 21, 2019. See Dkt. 1; Dkt. 1-1 at 5-34 (CM/ECF pagination is used herein unless otherwise stated). Plaintiff is proceeding pro se and in forma pauperis. See Dkt. 32. On May 15, 2020, Plaintiff filed a First Amended Complaint ("FAC"). Dkt. 28. On June 22, 2020, Plaintiff filed a Notice of Change of Address, reflecting a new address on East 70th Street in Los Angeles, California. Dkt. 33. Following the Court's order on the FAC on August 10, 2020 (Dkt. 34), Plaintiff filed a Second Amended Complaint on September 8,

2020. See Dkt. 35 ("SAC").

On September 24, 2020, the Court issued an Order Regarding the SAC. Dkt. 36 ("Order"). On October 13, 2020, the Order served on Plaintiff was returned by the U.S. Postal Service to the Court as undelivered with no forwarding possible. See Dkt. 37.

Local Civil Rule 41-6 provides:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

More than 15 days have passed since the Court served the Order by U.S. Mail upon Plaintiff at his address of record, with the Order having now been returned as undeliverable.

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, within 14 days from the date of this order, why the action should not be dismissed for the apparent failure to comply with Local Civil Rule 41-16. If Plaintiff does not timely file a response to this Order, the action may be dismissed for the same reason and for failure to prosecute and failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

Dated: October 16, 2020

/s/ John D. Early
JOHN D. EARLY
United States Magistrate Judge