UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT K. MAYBERRY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00224-JLS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Fifth Amended Complaint (Dkt. 50, "5thAC") filed by Plaintiff Robert K. Mayberry ("Plaintiff"), the Motion to Dismiss the 5thAC (Dkt. 63, "Motion") filed by Defendants Los Angeles County, the Los Angeles Sheriff's Department, and Los Angeles County Sheriff Alejandro Villanueva, Plaintiff's Opposition to the Motion (Dkt. 67), Defendants' Reply in support of the Motion (Dkt. 66), Plaintiff's Rule 28(j) Analog (Dkt. 68), and the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 70, "Report"). No party filed timely written objections to the Report. The Report and Recommendation is approved and accepted.

/ / /

Therefore, IT IS HEREBY ORDERED that:

1. The Motion (Dkt. 63) is GRANTED as follows, with dismissals with prejudice to be reflected in the final judgment in this action: (a) Counts 3-6 of the 5thAC are dismissed with prejudice; (b) Count 1 of the 5thAC is dismissed with prejudice except that the Fourth Amendment claim based on the use of excessive force against the specific individual defendants that allegedly caused the constitutional deprivation, in their individual capacity only, is dismissed with leave to amend; and (c) Count 2 of the 5thAC is dismissed with prejudice except that the Fourteenth Amendment claim based on inadequate medical treatment against the specific individual defendants that allegedly caused the constitutional deprivation, in their individual capacity only, is dismissed with leave to amend; and

2. If Plaintiff still desires to pursue an individual capacity Fourth Amendment excessive force claim and/or an individual capacity Fourteenth Amendment inadequate medical treatment claim as described in paragraph 1, above, he is ORDERED to file a Sixth Amended Complaint, limited to such claim or claims, within fourteen (14) days from the date of this Order. A failure to timely file a complaint Sixth Amended Complaint may result in dismissal of this action for failure to prosecute and/or failure to comply with a Court order. See Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: November 10, 2021

JOSEPHINE L. STATON
United States District Judge