UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT K. MAYBERRY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-00224-JLS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Sixth Amended Complaint (Dkt. 72, "6thAC") filed by Plaintiff Robert K. Mayberry ("Plaintiff"); Plaintiff's Motion to Disqualify Defense Counsel (Dkt. 73, "Motion to Disqualify") and supporting and opposing papers relating thereto; the Motion to Dismiss the 6thAC (Dkt. 74, "Motion to Dismiss") filed by Defendants Los Angeles County, the Los Angeles Sheriff's Department, and Los Angeles County Sheriff Alexander Villanueva (collectively, "Defendants") and the supporting and opposing papers relating thereto; the prior Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 70, "First Report"); this Court's Order accepting the First Report (Dkt. 71, "Prior Order"); the Report and

Recommendation issued by the Magistrate Judge regarding the Motion to Disqualify and the Motion to Dismiss (Dkt. 84, "Second Report"); and the Objections to the Second Report filed by Plaintiff (Dkt. 85).

The Court has engaged in a *de novo* review of those portions of the Second Report to which cognizable objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Disqualify (Dkt. 73) is DENIED;
2. Defendants' request for sanctions (Dkt. 78) is DENIED;
3. Defendants' Motion to Dismiss (Dkt. 74) is GRANTED;
4. Plaintiff's Fourth Amendment excessive force and Fourteenth Amendment inadequate medical treatment claims are DISMISSED with prejudice; and
5. Judgment shall be entered in accordance with the foregoing and the Prior Order.

IT IS SO ORDERED.

Dated: March 14, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　United States District Judge