JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT K. MAYBERRY, | Case No. 2:20-cv-00224-JLS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

    Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 14, 2022

                                         JOSEPHINE L. STATON
                                         United States District Judge